**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 8 2024

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

GOOD STORES ARKANSAS, LLC;
GOOD STORES ALABAMA, LLC;
GOOD STORES COLORADO, LLC;
GOOD STORES FLORIDA, LLC;
GOOD STORES GEORGIA, LLC;
GOOD STORES INDIANA, LLC;
GOOD STORES KANSAS, LLC;
GOOD STORES KENTUCKY, LLC;
GOOD STORES LOUISIANA, LLC;
GOOD STORES MISSISSIPPI, LLC;
GOOD STORES MISSOURI, LLC;
GOOD STORES NORTH CAROLINA, LLC;
GOOD STORES OHIO, LLC;
GOOD STORES OKLAHOMA, LLC;
GOOD STORES TENNESSEE, LLC;
OVERSTOCK FURNITURE & MATTRESS SC, LLC;
GOOD STORES ENTERPRISES, LLC
GOOD OPERATIONS ENTERPRISES, LLC; and
FEBRUARY FURNITURE, LLC;

**PLAINTIFFS**

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Moore**

V.               CASE NO. **4:24-cv-600-DPM**

BEYOND, INC.                                **DEFENDANT**

## COMPLAINT FOR DECLARATORY JUDGMENT AND
## CANCELLATION OF FEDERAL TRADEMARK REGISTRATIONS

Plaintiffs, Good Stores Arkansas, LLC; Good Stores Alabama, LLC; Good

Stores Colorado, LLC; Good Stores Florida, LLC; Good Stores Georgia, LLC; Good

Stores Indiana, LLC; Good Stores Kansas, LLC; Good Stores Kentucky, LLC; Good

Stores Louisiana, LLC; Good Stores Mississippi, LLC; Good Stores Missouri, LLC;

Good Stores North Carolina, LLC; Good Stores Ohio, LLC; Good Stores Oklahoma,

LLC; Good Stores Tennessee, LLC; Overstock Furniture & Mattress SC, LLC; Good

Stores Enterprises, LLC; Good Operations Enterprises, LLC; and February Furniture, LLC, for their complaint against defendant Beyond, Inc., state:

## INTRODUCTION

1.      Defendant Beyond, Inc. ("Beyond") has asserted that use of the OVERSTOCK FURNITURE & MATTRESS trademark infringes its federal and common law trademark rights and constitutes federal and common law unfair competition.  All of the plaintiffs are using, have used, or have been alleged by Beyond to have used, the OVERSTOCK FURNITURE & MATTRESS mark in connection with furniture and mattress businesses.  The plaintiffs deny that they have infringed any valid and enforceable rights of Beyond.  Accordingly, there is an actual and justiciable controversy between the parties whether use of the OVERSTOCK FURNITURE & MATTRESS mark violates any valid and enforceable rights of Beyond.

2.      This is an action for a declaratory judgment of no federal or common law trademark infringement and unfair competition under the Declaratory Judgment Act and for cancellation of Beyond's federal trademark registrations under the Lanham Act.

3.      This dispute began in September 2017 when Overstock.com, Inc. ("Overstock.com"), which later changed its name to Beyond, sent a letter to Good Deal Charlie, Inc. ("Good Deal Charlie"), alleging that use of the OVERSTOCK FURNITURE & MATTRESS mark violated Overstock.com's trademark rights. Good Deal Charlie is the owner of the OVERSTOCK FURNITURE & MATTRESS

2

mark.  Good Deal Charlie explained in a response letter to Overstock.com that the word "overstock" was not protectable as a trademark as used in connection with furniture store services because it was generic or highly descriptive, and Good Deal Charlie further noted that many furniture businesses have names that include the word "overstock."  Overstock.com never responded, and Good Deal Charlie understood that the trademark dispute was over.  About five years later in October 2022, Overstock.com sent another cease-and-desist letter to Good Deal Charlie alleging trademark infringement based on use of the OVERSTOCK FURNITURE & MATTRESS mark.  Good Deal Charlie sent a response letter to Overstock.com in which Good Deal Charlie stated that it had concluded that the dispute was settled based on the significant passage of time since the 2017 letter and that Overstock.com's position was no better than it was in 2017.  Overstock.com never responded to Good Deal Charlie's response letter in 2022.  Beyond waited until May 8, 2024, to file a Complaint for trademark infringement and unfair competition against Good Deal Charlie after years of silence and inaction.

4.     All of the plaintiffs are using, have used, or have been alleged by Beyond to have used, the OVERSTOCK FURNITURE & MATTRESS mark. Plaintiffs therefore seek a declaration that their use or alleged use of the OVERSTOCK FURNITURE & MATTRESS mark does not constitute federal or common law trademark infringement or unfair competition.  In addition, plaintiffs seek cancellation of Beyond's federal trademark registrations based on abandonment because, to the extent the asserted trademarks were ever distinctive,

3

the asserted trademarks lost their significance as trademarks as a result of Overstock.com and Beyond failing to police its rights over the past six years.

5.      Overstock.com acquired the Bed Bath & Beyond brand in June 2023. In August 2023, Overstock.com announced the launch of the new Bed Bath & Beyond website.  With the launch of the new website, Overstock.com started operating exclusively under the Bed Bath & Beyond brand.  In October 2023, Overstock.com announced that it was changing its corporate name to Beyond and that Beyond would continue to operate its ecommerce business under the Bed Bath & Beyond brand.  After management changes resulting from the poor financial performance of the company, Beyond decided to relaunch the Overstock.com brand because, according to the Chairman of the Board of Beyond, shutting down the Overstock.com brand was a "fatal mistake."  Beyond announced the relaunch of the Overstock.com brand in late March 2024, after abandoning the asserted marks months earlier.  Within two months of the relaunch, Beyond began filing complaints against furniture businesses that use the word "overstock" in their name.  Plaintiffs seek cancellation of Beyond's federal trademark registrations based on abandonment because Overstock.com discontinued use of the asserted marks on August 1, 2023, when it deactivated the Overstock.com website and launched the new BedBathandBeyond.com website.

## PARTIES

6.      Plaintiff Good Stores Arkansas, LLC ("Good Stores Arkansas") is an Arkansas limited liability company with its principal place of business in

4

Russellville, Arkansas.  Good Stores Arkansas operates, and has previously operated, OVERSTOCK FURNITURE & MATTRESS retail stores in Arkansas.

7.      Plaintiff Good Stores Alabama, LLC ("Good Stores Alabama") is an Alabama limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Alabama operates an OVERSTOCK FURNITURE & MATTRESS retail store in Alabama.

8.      Plaintiff Good Stores Colorado, LLC ("Good Stores Colorado") is a Colorado limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Colorado has previously operated OVERSTOCK FURNITURE & MATTRESS retail stores in Colorado.

9.      Plaintiff Good Stores Florida, LLC ("Good Stores Florida") is a Florida limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Florida has previously operated OVERSTOCK FURNITURE & MATTRESS retail stores in Florida.

10.      Plaintiff Good Stores Georgia, LLC ("Good Stores Georgia") is a Georgia limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Georgia operates, and has previously operated, OVERSTOCK FURNITURE & MATTRESS retail stores in Georgia.

11.      Plaintiff Good Stores Indiana, LLC ("Good Stores Indiana") is an Indiana limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Indiana previously operated OVERSTOCK FURNITURE & MATTRESS retail stores in Indiana.

12.    Plaintiff Good Stores Kansas, LLC ("Good Stores Kansas") is a Kansas limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Kansas previously operated OVERSTOCK FURNITURE & MATTRESS retail stores in Kansas.

13.    Plaintiff Good Stores Kentucky, LLC ("Good Stores Kentucky") is a Kentucky limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Kentucky operates, and has previously operated, OVERSTOCK FURNITURE & MATTRESS retail stores in Kentucky.

14.    Plaintiff Good Stores Louisiana, LLC ("Good Stores Louisiana") is a Louisiana limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Louisiana operates, and has previously operated, OVERSTOCK FURNITURE & MATTRESS retail stores in Louisiana.

15.    Plaintiff Good Stores Mississippi, LLC ("Good Stores Mississippi") is a Mississippi limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Mississippi operates, and has previously operated, OVERSTOCK FURNITURE & MATTRESS retail stores in Mississippi.

16.    Plaintiff Good Stores Missouri, LLC ("Good Stores Missouri") is a Missouri limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Missouri previously operated an OVERSTOCK FURNITURE & MATTRESS retail store in Missouri.

17.    Plaintiff Good Stores North Carolina, LLC ("Good Stores North Carolina") is a North Carolina limited liability company with its principal place of

business in Russellville, Arkansas.  Good Stores North Carolina previously operated OVERSTOCK FURNITURE & MATTRESS retail stores in North Carolina.

18.     Plaintiff Good Stores Ohio, LLC ("Good Stores Ohio") is an Ohio limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Ohio previously operated OVERSTOCK FURNITURE & MATTRESS retail stores in Ohio.

19.     Plaintiff Good Stores Oklahoma ("Good Stores Oklahoma") is an Oklahoma limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Oklahoma previously operated OVERSTOCK FURNITURE & MATTRESS retail stores in Oklahoma.

20.     Plaintiff Good Stores Tennessee, LLC ("Good Stores Tennessee") is a Tennessee limited liability company with its principal place of business in Russellville, Arkansas.  Good Stores Tennessee operates, and has previously operated, OVERSTOCK FURNITURE & MATTRESS retail stores in Tennessee.

21.     Plaintiff Overstock Furniture & Mattress SC, LLC ("OF&M SC") is a South Carolina limited liability company with its principal place of business in Russellville, Arkansas.  OF&M SC operates, and has previously operated, OVERSTOCK FURNITURE & MATTRESS retail stores in South Carolina.

22.     Plaintiff Good Stores Enterprises, LLC ("Good Stores Enterprises") is an Arkansas limited liability company with its principal place of business in Russellville, Arkansas.  Beyond has alleged that Good Stores Enterprises uses the OVERSTOCK FURNITURE & MATTRESS mark.

23.     Plaintiff Good Operations Enterprises, LLC ("Good Operations Enterprises") is an Arkansas limited liability company with its principal place of business in Russellville, Arkansas.  Beyond has alleged that Good Operations Enterprises uses the OVERSTOCK FURNITURE & MATTRESS mark.

24.     Plaintiff February Furniture, LLC ("February Furniture") is an Arkansas limited liability company with its principal place of business in Russellville, Arkansas.  Beyond has alleged that February Furniture uses the OVERSTOCK FURNITURE & MATTRESS mark.

25.     Upon information and belief, defendant Beyond is a Delaware corporation with its principal place of business in Midvale, Utah.  Overstock.com changed its name to Beyond on November 6, 2023.  Use of "Overstock.com" in this Complaint refers to the defendant before the name change, and use of "Beyond" in this Complaint refers to the defendant after the name change.

## JURISDICTION AND VENUE

26.     Beyond has asserted that use of the OVERSTOCK FURNITURE & MATTRESS trademark infringes its federal and common law trademark rights and constitutes federal and common law unfair competition.  All of the plaintiffs are using, have used, or have been alleged by Beyond to have used, the OVERSTOCK FURNITURE & MATTRESS mark in connection with furniture and mattress businesses.  The plaintiffs deny that they have infringed any valid and enforceable rights of Beyond.  Accordingly, there is an actual and justiciable controversy

between the parties whether use of the OVERSTOCK FURNITURE & MATTRESS mark violates any valid and enforceable rights of Beyond.

27.    This is an action for a declaratory judgment of no federal or common law trademark infringement and unfair competition under the Declaratory Judgment Act and for cancellation of Beyond's federal trademark registrations under the Lanham Act. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1337, 1338(a), 2201 and, 2202, and under 15 U.S.C. § 1119.

28.    The Court has personal jurisdiction over Beyond because Beyond has sent multiple cease-and-desist letters concerning the OVERSTOCK FURNITURE & MATTRESS mark to Arkansas and has engaged in other Arkansas communications threatening enforcement of its alleged trademark rights as a result of use of the OVERSTOCK FURNITURE & MATTRESS mark. Beyond also does substantial business in this forum and has purposefully availed itself of the benefits of jurisdiction in the State of Arkansas.

29.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2) because Beyond is subject to personal jurisdiction in this Court and because a substantial part of the events or omissions giving rise to the claims occurred in this District. All of the plaintiffs' principal places of business are in Arkansas, and Beyond has alleged that use of the OVERSTOCK FURNITURE & MATTRESS mark in Arkansas constitutes trademark infringement and unfair competition.

## BACKGROUND

### The Texas Litigation

30.     After more than six years of threats, on May 8, 2024, Beyond filed a
Complaint for federal trademark infringement and unfair competition under the
Lanham Act and common law trademark infringement and unfair competition
against nine defendants, including plaintiffs Good Stores Arkansas, Good Stores
Alabama, Good Stores Louisiana, Good Stores Ohio, Good Stores Enterprises, Good
Operations Enterprises, and February Furniture, in U.S. District Court for the
Western District of Texas, Austin Division, based on their alleged use of the
OVERSTOCK FURNITURE & MATTRESS mark (hereinafter, the "Texas
Litigation").

31.     In that Complaint, Beyond alleges ownership of eight federal
trademark registrations: Federal Trademark Registration No. 2,939,764 for
OVERSTOCK.COM, Federal Trademark Registration No. 2,503,246 for
OVERSTOCK.COM, Federal Trademark Registration No. 3,069,011 for
OVERSTOCK.COM YOUR ONLINE OUTLET, Federal Trademark Registration
No. 3,728,854 for LIVE BETTER WITH OVERSTOCK.COM, Federal Trademark
Registration No. 4,628,916 for IT'S ALL ABOUT THE O – OVERSTOCK.COM,
Federal Trademark Registration No. 4,628,915 for OVERSTOCK.COM – IT'S ALL

ABOUT THE O, Federal Trademark Registration No. 4,033,193 for , and
Federal Trademark Registration No. 3,265,584 for O.

10

32.     The following marks are referred to herein collectively as the "OVERSTOCK.COM Marks:" OVERSTOCK.COM, OVERSTOCK.COM YOUR ONLINE OUTLET, LIVE BETTER WITH OVERSTOCK.COM, IT'S ALL ABOUT THE O – OVERSTOCK.COM, and OVERSTOCK.COM – IT'S ALL ABOUT THE O.

33.     The following marks are referred to herein collectively as the "O Marks:"  and O.

34.     On June 28, 2024, Good Stores Arkansas, Good Stores Alabama, Good Stores Louisiana, Good Stores Ohio, Good Stores Enterprises, Good Operations Enterprises, and February Furniture, filed a motion to dismiss for lack of personal jurisdiction in the Texas Litigation.

35.     Good Stores Alabama, Good Stores Colorado, Good Stores Florida, Good Stores Georgia, Good Stores Indiana, Good Stores Kansas, Good Stores Kentucky, Good Stores Mississippi, Good Stores Missouri, Good Stores North Carolina, Good Stores Oklahoma, Good Stores Tennessee, and OF&M SC were not sued in the Texas Litigation, but they have reasonable apprehension of being sued by Beyond because, like Good Stores Arkansas, Good Stores Alabama, Good Stores Louisiana, and Good Stores Ohio, they are either currently operating OVERSTOCK FURNITURE & MATTRESS retail stores or have operated OVERSTOCK FURNITURE & MATTRESS retail stores in the past.

**Beyond's Unreasonable Delay in Asserting Claims**

36.     Good Deal Charlie is the owner of the OVERSTOCK FURNITURE & MATTRESS mark.

11

37.     On or about September 6, 2017, Overstock.com sent a letter to Good Deal Charlie asserting that use of the OVERSTOCK FURNITURE & MATTRESS mark in connection with its retail store in Austin, Texas, infringed Overstock.com's trademark rights.  Some of the registered trademarks identified in that letter are among the registered trademarks Beyond alleges are infringed in the Texas Litigation.  A true and accurate copy of Overstock.com's letter dated September 6, 2017, is attached to this Complaint as Exhibit A.

38.     In the letter, Overstock.com stated: "Overstock hereby demands that you eliminate the likelihood of future confusion and unfair benefit from our well-known brand by ceasing to use the Overstock trademark and changing the signage on your stores."

39.     Overstock.com also stated: "Unless we receive written confirmation of your compliance with this demand on or before September 20, 2017, Overstock intends to vigorously defend its rights through all legal and equitable avenues.  We look forward to hearing from you promptly in this regard."

40.     On or about October 23, 2017, Good Deal Charlie sent a letter to Overstock.com in response to the September 6, 2017, letter from Overstock.com.  Overstock.com received the letter from Good Deal Charlie dated October 23, 2017.  An unsigned copy of  Good Deal Charlie's letter dated October 23, 2017, is attached to this Complaint as Exhibit B.

41.     In that response letter, Good Deal Charlie stated:

Your company has a large number of trademark registrations, but it has no  trademark  registrations  for  "overstock"  standing  alone  used  in

connection with furniture store services.  The reason of course is that "overstock" standing alone is not protectable as a trademark for such services.  The term is generic or, at best, merely descriptive of the goods being sold.  If generic, then it could not possibly be protectable as a trademark.  If descriptive, then it could theoretically be protectable, but only after it has been used continuously and exclusively for a sufficient period that the term has become distinctive.  As you are undoubtedly aware, many businesses sell furniture under a name that includes the word "overstock."  Thus even if the term is descriptive, it could never become distinctive for furniture store services as it has not been used exclusively, and thus could never be the subject of trademark rights.  For this reason, any supposed instances of actual confusion are irrelevant.  I also note that Overstock.com has attempted to register numerous marks in which the term "overstock" is used alone (without the ".com" portion), but when those applications receive a refusal to register based on descriptiveness, your company abandons them.  You must therefore be well aware that "overstock" standing alone in connection with furniture store services is not protectable.

42.   Good Deal Charlie also stated:

For the reasons stated above, we do not believe any action is necessary in response to your letter.  Nevertheless, in the spirit of resolving this matter amicably, my client would be willing to post a disclaimer such as set forth in your letter at its retail locations.  (I note, again, that my client has no website, and thus could not post the disclaimer on any website.)  My client will also agree to never use ".com" in connection with the term "overstock," which would be meaningless in any event given the brick-and-mortar-only nature of its services.  This offer is of course contingent upon Overstock.com providing an acceptable release of my client from any present or future claims regarding its use of the term "overstock."

43.   In conclusion, Good Deal Charlie stated: "I look forward to your reply."

44.   Overstock.com did not respond to Good Deal Charlie's letter of October 23, 2017.

45.   Because of Overstock.com's silence after threatening to "vigorously defend its rights through all legal and equitable avenues" in its cease-and-desist letter and Good Deal Charlie requesting a reply to its response letter but receiving

none, Good Deal Charlie and its President, Jonathan McIllwain, understood that the trademark dispute was over and it relied on Overstock.com's silence in continuing their business under the OVERSTOCK FURNITURE & MATTRESS mark, including licensing the OVERSTOCK FURNITURE & MATTRESS mark.

46.     Good Stores Arkansas, Good Stores Alabama, Good Stores Colorado, Good Stores Florida, Good Stores Georgia, Good Stores Indiana, Good Stores Kansas, Good Stores Kentucky, Good Stores Louisiana, Good Stores Mississippi, Good Stores Missouri, Good Stores North Carolina, Good Stores Ohio, Good Stores Oklahoma, Good Stores Tennessee, Overstock Furniture & Mattress SC, Good Stores Enterprises, and Good Operations Enterprises were all formed in 2020 or 2021.  Jonathan McIllwain, who is President of Good Deal Charlie, is the manager of Good Stores Arkansas, Good Stores Alabama, Good Stores Colorado, Good Stores Florida, Good Stores Georgia, Good Stores Indiana, Good Stores Kansas, Good Stores Kentucky, Good Stores Louisiana, Good Stores Mississippi, Good Stores Missouri, Good Stores North Carolina, Good Stores Ohio, Good Stores Oklahoma, Good Stores Tennessee, Overstock Furniture & Mattress SC, Good Stores Enterprises, and Good Operations Enterprises, and he has been the manager since those companies were formed in 2020 or 2021.

47.     On October 18, 2022, Overstock.com sent a letter to Good Deal Charlie asserting that use of the OVERSTOCK FURNITURE & MATTRESS mark infringed Overstock.com's trademark rights.  Portions of the October 18, 2022, letter are identical to Overstock.com's September 6, 2017, letter.  Some of the registered

14

trademarks identified in that letter are among the registered trademarks Beyond

alleges are infringed in the Texas Litigation.  A true and accurate copy of

Overstock.com's letter dated October 28, 2022, is attached to this Complaint as

Exhibit C.

48.    In its October 18, 2022, letter, Overstock.com stated: "Unless we

receive written confirmation of your intention to comply with this demand on or

before October 28, 2022, Overstock intends to vigorously defend its rights through

all legal and equitable avenues.  We look forward to hearing from you promptly in

this regard."

49.    On or about November 4, 2022, Good Deal Charlie sent a letter to

Overstock.com in response to the October 18, 2022, letter from Overstock.com.

Overstock.com received the letter from Good Deal Charlie dated November 4, 2022.

A true and accurate copy of Good Deal Charlie's letter dated November 4, 2022, is

attached to this Complaint as Exhibit D.

50.    In that response letter, Good Deal Charlie ("GDC") stated:

After reviewing your notice, GDC's management recalled that it
responded to a similar if not identical notice received from
Overstock.com in 2017.  Attached with this letter is a copy of the
response that was sent October 23, 2017 (herein the '2017 Response').
Management does not believe that GDC or its outside counsel who sent
the 2017 Response ***received a reply of any kind from
Overstock.com***, leading it to conclude that the matter was settled based
upon the significant passage of time.

(emphasis in original).

51.    Good Deal Charlie also stated:

Overstock.com saw fit not to pursue this matter – or even reply – five years ago, and GDC's position is that Overstock.com has no better footing now than it did in 2017 as it pertains to its demands.

52.    In addition, Good Deal Charlie stated:

As was the case in 2017, and with the same spirit of resolving this matter amicably, GDC offers to place a disclaimer in its stores to help prevent any future misidentification. Additionally, GDC offers to post a disclaimer on its website as well.   This offer is contingent upon Overstock.com providing an acceptable release of GDC from any present or future claims regarding its use of the generic term "overstock."

53.    In conclusion, Good Deal Charlie stated: "I appreciate your time and consideration in this matter.  If you have any questions, please contact me at award@ofurniture.com, or by telephone at (479) 318-0903."

54.    Overstock did not respond to Good Deal Charlie's letter of November 4, 2022.

55.    Because of Overstock.com's silence after threatening to "vigorously defend its rights through all legal and equitable avenues" in its cease-and-desist letter and Good Deal Charlie inviting any questions from Overstock.com but receiving none, Good Deal Charlie, Jonathan McIllwain, and Plaintiffs understood that the trademark dispute was over.

56.    In January 2024, Marcus Lemonis, the Chairman of the Board of Directors of Beyond, visited the OVERSTOCK FURNITURE & MATTRESS retail store in Waco, Texas.

57.    On or about January 19, 2024,  Dave Nielsen, the President and Interim Chief Executive Officer of Beyond at that time, and Glen Nickle, the General Counsel of Beyond, called Jonathan McIllwain and left a voicemail for him.

16

In the voicemail message, Mr. Nielsen stated that Mr. Lemonis had recently been in the OVERSTOCK FURNITURE & MATTRESS store in Waco, Texas.  Mr. Nielsen said on voicemail: "We would like to talk to you about that and the other 39 stores in your chain named Overstock…We are concerned about this."

58.    Beyond filed its Complaint against Good Deal Charlie and other defendants in the Texas Litigation on May 8, 2024.

<div align="center">

**Beyond's Rebranding as Bed Bath & Beyond and
Abandonment of the OVERSTOCK.COM Marks and the O Marks**

</div>

59.    On June 28, 2023, Overstock.com announced in a press release the acquisition of the intellectual property assets of Bed Bath & Beyond, Inc.  A true and accurate copy of Overstock.com's June 28, 2023, press release is attached to this Complaint as Exhibit E.

60.    In its press release, Overstock.com stated: "New and existing customers of both Overstock and Bed Bath & Beyond will experience ***a single online shopping destination*** – bedbathandbeyond.ca in Canada and ***bedbathandbeyond.com*** in the U.S.—for millions of quality furniture and home furnishings products available at affordable price points for every budget." (emphasis added).

61.    On June 29, 2023, Yahoo! Finance published an article entitled "Goodbye Overstock.com. Hello Bedbathandbeyond.com." The article stated: "Overstock.com (OSTK) paid $21.5 million so it could use the brand of Bed Bath & Beyond, which filed for bankruptcy in April. ***It liked the name so much that it decided to stop using its own online***." (emphasis added).  The article also stated:

<div align="center">17</div>

"The e-commerce retailer on Wednesday announced plans to *scrap doing business online under its eponymous domain name and instead operate under Bedbathandbeyond.com*." (emphasis added). A true and accurate copy of the June 29, 2023 Yahoo! Finance article is attached to this Complaint as Exhibit F.

62.     On August 1, 2023, Overstock.com announced in a press release the launch of BedBathandBeyond.com in the United States. A true and accurate copy of Overstock.com's August 1, 2023, press release is attached to this Complaint as Exhibit G.

63.     In its press release, Overstock stated: "This launch marks a transformation for both Overstock and Bed Bath & Beyond, *merging the best of both companies into a single online shopping destination under the Bed Bath & Beyond name*." (emphasis added).

64.     Jonathan Johnson, CEO of Overstock.com at that time, stated:

Overstock has a great business model with a name that does not reflect its focus on home. Bed Bath & Beyond is a much-loved and well-known customer brand, which has an outdated business model that needed modernizing. Through this rebranding, we're breathing new life into Bed Bath & Beyond, positioning it as an asset-light, ecommerce retailer with an expanded home furnishings and furniture assortment. Think of it as Bed Bath & a much bigger, better Beyond.

65.     CNN reported on the Bed Bath & Beyond website launch in an article entitled "Bed Bath & Beyond is back from the dead." The article stated: "A month after Overstock.com announced it bought Bed Bath & Beyond's brand out of bankruptcy, the company has *dumped its name and morphed its website and*

18

*app*." (emphasis added).  A true and accurate copy of CNN's article is attached to

this Complaint as Exhibit H.

     66.    National Public Radio (NPR) reported on Overstock.com rebranding as

Bed Bath & Beyond on August 1, 2023, which included an interview with Jonathan

Johnson of Overstock.com.  The transcript of NPR's interview with Jonathan

Johnson includes the following the exchange:

> **SACHA PFEIFFER, HOST:** *So to abandon its own name, overstock.com, feels dramatic. Why is the company doing that?*
>
> **ALINA SELYUKH, BYLINE:** *It's all about that name recognition*. People feel things when they hear the name Bed Bath and Beyond. People used to love this chain before it fell apart. And Overstock wants that emotion. It's not as well-known as many rivals, like Wayfair, for example. Today I talked to chief executive Jonathan Johnson, and he says also, people often assume that Overstock is, like, a liquidation store, which it's not. He also admitted that Overstock was self-aware enough to know that it's a bit of an embarrassing name to put on your wedding registry. Bed Bath and Beyond is not. So basically, he argued both Bed Bath and Overstock were each carrying an albatross that, combined, maybe they can ditch. Here's Johnson.
>
> **JONATHAN JOHNSON:** *Overstock has always had a great business model but kind of a boat anchor of a name.* The Bed Bath and Beyond name is a great name, but it has an outdated business model that had become a boat anchor. We think that this combination will let us really sail sleekly, anchor-free, into the future.

(emphasis added).  A true and accurate copy of the transcript of NPR's radio

story is attached to this Complaint as Exhibit I.

     67.    On October 24, 2023, Overstock.com announced that it would change

its corporate name to Beyond, Inc. effective November 6, 2023.  In that press

release, Overstock stated: "Following the corporate name change, *Beyond, Inc. will*

*continue to operate its furniture and home furnishings ecommerce business under the Bed Bath & Beyond brand.*" (emphasis added). A true and accurate copy of Overstock.com's October 24, 2023, press release is attached to this Complaint as Exhibit J.

68.     On November 2, 2023, JAT Capital Management sent a letter to the Board of Directors of Overstock.com and recommended that CEO Jonathan Johnson be "removed immediately" and that Marcus Lemonis operate the company. "Observations and Conclusions" presented in the letter include that "recent performance has been poor" and "revenue is falling at a rate not similar to any comparable company." A true and accurate copy of JAT Capital Management's letter is attached to this Complaint as Exhibit K. At the time of the letter, JAT Capital Management owned more than 9% of Overstock.com.

69.     On November 6, 2023, Beyond announced in a press release a leadership transition. In that press release, Beyond stated: "Beyond, Inc., (NYSE: BYON), *the online home furnishing company formerly known as Overstock.com, Inc. that now operates as Bed Bath & Beyond*, today announced that Jonathan Johnson has stepped down as Chief Executive Officer and a member of the Board of Directors, effective immediately." (emphasis added). Beyond also stated: "David Nielsen has been appointed to an expanded role as Interim CEO and President …." A true and accurate copy of Beyond's November 6, 2023, press release is attached to this Complaint as Exhibit L.

70.     On November 16, 2023, RetailDive published an article with the
headline "Bed Bath & Beyond's new CEO exited.  Now what?" and the sub-headline
"Jonathan Johnson bet it all on the home retailer, rebranding Overstock in the
process.  Then activists called for his ouster."  A true and accurate copy of
RetailDive's November 16, 2023, article is attached to this Complaint as Exhibit M.

71.     The RetailDive article discussed the concerns in the November 2, 2023,
letter from JAT Capital to the Board of Directors, including "that the ***rebranding
as Bed Bath & Beyond was a 'bet the company' moment*** that risked burning
half of the company's existing cash." (emphasis added).  The article explained that
the company "delivered soft financial performance in its first couple of quarters
post-acquisition" of the Bed Bath & Beyond brand.  Specifically, "Beyond's year-
over-year Q2 revenue fell 20% to $422 million," and revenue "fell 19% to $373
million in the third quarter."  In addition, the company "in Q3 also reported an
operating loss of $41 million, a net loss of $63 million and a gross profit of $70
million, which represents nearly 19% of total revenue."

72.     On November 29, 2023, Beyond announced in a press release that
Allison Abraham and Marcus Lemonis would serve as Co-Chairs of the Beyond's
Board of Directors.  In that press release, Beyond states: "Beyond, Inc., (NYSE:
BYON) ("Beyond" or the "Company"), the parent company of online furniture and
home furnishings retailer Bed Bath & Beyond, ***formerly known as Overstock***,
today announced that, effectively immediately, Allison H. Abraham and Marcus
Lemonis will serve as Co-Chairs of the Company's Board of Directors." (emphasis

added).  A true and accurate copy of Beyond's November 29, 2023, press release is attached to this Complaint as Exhibit N.

73.     About two weeks later, on December 11, 2023, Beyond announced in a press release that Allison Abraham had retired as Co-Chair of Beyond's Board of Directors.  In that press release, Beyond stated: "Beyond, Inc., (NYSE: BYON) ("Beyond" or the "Company"), the parent company of online furniture and home furnishings retailer Bed Bath & Beyond, *formerly known as Overstock*, today announced that, on December 10, 2023, Allison H. Abraham notified the Board of Directors of Beyond ("the Board") of her decision to retire." (emphasis added).  The press release also stated that "Marcus Lemonis will transition to the role of Chairman of the Company's Board of Directors."  A true and accurate copy of Beyond's December 11, 2023, press release is attached to this Complaint as Exhibit O.

74.     Sometime in late 2023, under intense pressure from JAT Capital, the new management at Beyond decided to relaunch the Overstock.com brand after Beyond "dumped" the brand months earlier.

75.     On February 20, 2024, Beyond announced in a press release that it had named separate Chief Executive Officers for the Bed Bath & Beyond segment and Overstock segment of the company.  The press release stated: "Beyond, Inc. (NYSE: BYON), owner of Bed Bath & Beyond, Overstock, and other online retail brands designed to unlock your home's potential, today announced significant changes to its executive team."  Chandra Holt was named Chief Executive Officer of the Bed

22

Bath & Beyond segment of the company and Dave Nielsen was named Chief Executive Officer of the Overstock segment of the company.  A true and accurate copy of Beyond's February 20, 2024, press release is attached to this Complaint as Exhibit P.

76.     In that press release, Marcus Lemonis stated: "With Dave's extensive experience in furniture and home furnishings e-commerce and retail liquidation I am confident he will ***quickly reignite the valuable Overstock brand***." (emphasis added).

77.     On February 22, 2024, Yahoo! Finance published an article entitled "Shutting down Overstock was 'a fatal mistake': Beyond executive chairman."  A true and accurate copy of Yahoo! Finance's February 22, 2024, article is attached to this Complaint as Exhibit Q.

78.     The article states: "Looking back, ***shutting down Overstock.com 'was a fatal mistake***,' [Marcus] Lemonis said during the call."  (emphasis added). In addition, "'***Turning Overstock.com back on*** will not only allow Bed Bath & Beyond to expand its existing assortment and hone in on its historical legacy success, but it allows Overstock to do the same,' Lemonis said." (emphasis added).

79.     On March 28, 2024, Beyond announced in a press release the relaunch of the Overstock.com brand.  In the press release, Beyond stated: "Beyond, Inc. (NYSE: BYON), owner of online retail giants Bed Bath & Beyond and Zulily, today announced the ***relaunch of iconic brand, Overstock.com***, with deals and discounts on products across multiple categories."  (emphasis added).  In addition,

"'Today is a pivotal day for Overstock, as we *relaunch this brand* by taking it back to its roots with the categories we know drive growth,' said David Nielson, CEO of Overstock." (emphasis added).  A true and accurate copy of Beyond's March 28, 2024, press release is attached to this Complaint as Exhibit R.

80.    Beyond held its 2024 Q1 Earnings Call on May 7, 2024.  Beyond presented a PowerPoint presentation during that Earning Call.  One of the slides in that presentation was entitled "2024 Issues Identified and Actions Taken."  The first issue identified was "*Overstock website was shut down*."  (emphasis added). The corresponding actions taken was "*Relaunched Overstock website*." (emphasis added).  A true and accurate copy of Beyond's 2024 Q1 Earnings Call presentation is attached to this Complaint as Exhibit S.

## COUNT I – DECLARATORY JUDGMENT OF NO FEDERAL OR COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

81.    Plaintiffs adopt, reallege, and incorporate all of the allegations and facts stated in Paragraphs 1-80 of this Complaint into this Count I as though fully set forth herein.

82.    This Complaint arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and seeks a declaration that use of the OVERSTOCK FURNITURE & MATTRESS mark does not constitute federal trademark infringement under 15 U.S.C. § 1114, false designation of origin or unfair competition under 15 U.S.C. § 1125, or common law trademark infringement or unfair competition.

83.     There is an actual and justiciable controversy between the parties whether each of the Plaintiffs' use or alleged use of the OVERSTOCK FURNITURE & MATTRESS mark violates any valid and enforceable rights of Beyond.

84.     The "Overstock.com" portion of the OVERSTOCK.COM Marks is not distinctive.  The OVERSTOCK.COM Marks therefore either are not protectable or are very weak.

85.     Good Deal Charlie has priority to the OVERSTOCK FURNITURE & MATTRESS mark because Beyond discontinued its use of the OVERSTOCK.COM Marks and the O Marks, thereby abandoning those trademarks.  Beyond did not relaunch any of the OVERSTOCK.COM Marks or the O Marks until March 28, 2024, and Good Deal Charlie was already using the OVERSTOCK FURNITURE & MATTRESS mark before March 28, 2024.  Good Deal Charlie's priority extends to all authorized users of the OVERSTOCK FURNITURE & MATTRESS mark.

86.     The word "Overstock" is the only similarity between the OVERSTOCK FURNITURE & MATTRESS mark and the OVERSTOCK.COM Marks, but the word "Overstock" is generic or highly descriptive of retail store services.  The only similarity between the O Marks and the OVERSTOCK FURNITURE & MATTRESS mark is that the first word of the OVERSTOCK FURNITURE & MATTRESS mark begins with the letter "O."

87.     The OVERSTOCK.COM Marks and the O Marks do not include the phrase "FURNITURE & MATTRESS" that is included in the OVERSTOCK

25

FURNITURE & MATTRESS mark. The OVERSTOCK.COM Marks and the O Marks do not include the words "FURNITURE" or "MATTRESS" at all.

88.     The OVERSTOCK FURNITURE & MATTRESS mark does not include ".com" or the phrases "YOUR ONLINE OUTLET," "LIVE BETTER WITH," or "IT'S ALL ABOUT THE O" included in the OVERSTOCK.COM Marks.

89.     The furniture store services offered under the OVERSTOCK FURNITURE & MATTRESS mark are only offered at brick-and-mortar retail stores, while Beyond offers only online retail store services under its marks.

90.     Because of the differences between the OVERSTOCK FURNITURE & MATTRESS mark and the OVERSTOCK.COM Marks and the O Marks, and the differences in services offered under the marks, there is no likelihood of confusion between the parties and the marks, no confusion about the relationship between the parties, and no confusion as to the origin of services offered by any of the Plaintiffs.

91.     Plaintiffs are entitled to a judicial declaration that their use or alleged use of the OVERSTOCK FURNITURE & MATTRESS mark in connection with furniture store services does not constitute federal trademark infringement under 15 U.S.C. § 1114, false designation of origin or unfair competition under 15 U.S.C. § 1125, or common law trademark infringement or unfair competition.

## COUNT II – CANCELLATION OF BEYOND'S FEDERAL TRADEMARK REGISTRATIONS BASED ON ABANDONMENT – NONUSE

92.     Plaintiffs adopt, reallege, and incorporate all of the allegations and facts stated in Paragraphs 1-91 of this Complaint into this Count II as though fully set forth herein.

93.     This is an action involving registered marks, *i.e.*, the OVERSTOCK.COM Marks and the O Marks set forth in Federal Trademark Registration Nos. 2,939,764; 2,503,246; 3,069,011; 3,728,854; 4,628,916; 4,628,915; 4,033,193; and 3,265,584.  Accordingly, under 15 U.S.C. § 1119, this Court has jurisdiction to "determine the right to registration, order the cancelation of registrations, in whole or in part, restore canceled registrations, and otherwise rectify the register with respect to the registrations of any party to the action."

94.     Pursuant to 15 U.S.C. § 1064(3), a federal trademark registration may be cancelled if the registered trademark has been abandoned.  Based on 15 U.S.C. § 1127, a mark shall be deemed abandoned when its use has been discontinued with intent not to resume such use.

95.      Overstock.com discontinued use of the OVERSTOCK.COM Marks and the O Marks on or about August 1, 2023, when it deactivated the Overstock.com website and launched the new BedBathandBeyond.com website.

96.     Overstock.com discontinued use of the OVERSTOCK.COM Marks and the O Marks with intent not to resume its use of the OVERSTOCK.COM Marks and the O Marks.

97.     As stated in Overstock.com's press release of August 1, 2023, announcing the launching of the new Bed Bath & Beyond website, this "launch marks a transformation for both Overstock and Bed Bath & Beyond, merging the best of both companies into a single online shopping destination under the Bed Bath & Beyond name."

98.     As stated by Jonathan Johnson in the NPR interview that aired on August 1, 2023, "Overstock has always had a great business model but kind of a boat anchor of a name. The Bed Bath and Beyond name is a great name, but it has an outdated business model that had become a boat anchor. We think that this combination will let us really sail sleekly, anchor-free, into the future."

99.     In the months after the launching of the new Bed Bath & Beyond website, Overstock.com and Beyond confirmed that it was exclusively using the Bed Bath & Beyond brand and that it had discontinued use of the OVERSTOCK.COM Marks and the O Marks.

100.     In the October 24, 2023, press release, Overstock.com stated: "Following the corporate name change, Beyond, Inc. will continue to operate its furniture and home furnishings ecommerce business under the Bed Bath & Beyond brand."

101.     In November 29, 2023 and December 11, 2023, press releases, Beyond described itself as "the parent company of online furniture and home furnishings retailer Bed Bath & Beyond, formerly known as Overstock."

102.     Beyond abandoned the registered trademarks in Federal Trademark Registration Nos. 2,939,764; 2,503,246; 3,069,011; 3,728,854; 4,628,916; 4,628,915; 4,033,193; and 3,265,584.

103.     Federal Trademark Registration Nos. 2,939,764; 2,503,246; 3,069,011; 3,728,854; 4,628,916; 4,628,915; 4,033,193; and 3,265,584, therefore should be cancelled.

**COUNT III – CANCELLATION OF BEYOND'S FEDERAL TRADEMARK
REGISTRATIONS BASED ON ABANDONMENT – FAILURE TO POLICE**

104.    Plaintiffs adopt, reallege, and incorporate all of the allegations and

facts stated in Paragraphs 1-103 of this Complaint into this Count III as though

fully set forth herein.

105.    This is an action involving registered marks, *i.e.*, the

OVERSTOCK.COM Marks and the O Marks set forth in Federal Trademark

Registration Nos. 2,939,764; 2,503,246; 3,069,011; 3,728,854; 4,628,916; 4,628,915;

4,033,193; and 3,265,584.  Accordingly, under 15 U.S.C. § 1119, this Court has

jurisdiction to "determine the right to registration, order the cancelation of

registrations, in whole or in part, restore canceled registrations, and otherwise

rectify the register with respect to the registrations of any party to the action."

106.    Pursuant to 15 U.S.C. § 1064(3), a federal trademark registration may

be cancelled if the registered trademark has been abandoned.  Based on 15 U.S.C. §

1127, a mark shall be deemed abandoned when any course of conduct of the owner,

including acts of omission as well as commission, causes the mark to become the

generic name for the goods or services on or in connection with which it is used or

otherwise to lose its significance as a mark.

107.    Overstock.com believed that Good Deal Charlie was infringing its

trademark rights as of at least September 6, 2017, when it sent a cease-and-desist

letter to Good Deal Charlie.  Upon receiving Good Deal Charlie's response to the

September 6, 2017, cease-and-desist letter, Overstock.com was aware that Good

Deal Charlie intended to continue to use the OVERSTOCK FURNITURE &

MATTRESS mark because the word "overstock" is unprotectable as used in connection with furniture store services.

108.    As of October 18, 2022, when Overstock.com sent Good Deal Charlie another cease-and-desist letter, Overstock.com still believed that Good Deal Charlie was infringing its trademark rights.  Through Good Deal Charlie's response to the cease-and-desist letter, Beyond was again made aware that Good Deal Charlie intended to continue to use the OVERSTOCK FURNITURE & MATTRESS mark for the same reasons as explained in its response to the September 2017 cease-and-desist letter.

109.    Overstock.com and Beyond chose not to enforce its trademark rights between September 6, 2017, and May 8, 2024, despite believing that Good Deal Charlie was infringing its trademark rights and Good Deal Charlie informing Overstock.com and Beyond that it intended to continue to use the OVERSTOCK FURNITURE & MATTRESS mark.

110.    To the extent that the OVERSTOCK.COM Marks and the O Marks were ever distinctive, the OVERSTOCK.COM Marks and the O Marks have lost their significance as trademarks because Overstock.com and Beyond failed to police its rights and prevent Good Deal Charlie and Plaintiffs from using the word "overstock" and the letter "O" in offering furniture store services.

111.    Federal Trademark Registration Nos. 2,939,764; 2,503,246; 3,069,011; 3,728,854; 4,628,916; 4,628,915; 4,033,193; and 3,265,584, therefore should be cancelled.

## JURY DEMAND

Plaintiffs demand a trial by jury on all matters and issues properly tried to a jury pursuant to Federal Rules of Civil Procedure 38 and 39 and other applicable state and federal law.

## PRAYER FOR RELIEF

WHEREFORE, Good Stores Arkansas, LLC; Good Stores Alabama, LLC; Good Stores Colorado, LLC; Good Stores Florida, LLC; Good Stores Georgia, LLC; Good Stores Indiana, LLC; Good Stores Kansas, LLC; Good Stores Kentucky, LLC; Good Stores Louisiana, LLC; Good Stores Mississippi, LLC; Good Stores Missouri, LLC; Good Stores North Carolina, LLC; Good Stores Ohio, LLC; Good Stores Oklahoma, LLC; Good Stores Tennessee, LLC; Overstock Furniture & Mattress SC, LLC; Good Stores Enterprises, LLC; Good Operations Enterprises, LLC; and February Furniture, LLC, respectfully request the Court enter judgment in their favor and against Beyond on Counts I through III of this Complaint, granting the following relief:

(a)     a declaration that Plaintiffs' use or alleged use of the OVERSTOCK FURNITURE & MATTRESS mark does not constitute federal trademark infringement under 15 U.S.C. § 1114, false designation of origin or unfair competition under 15 U.S.C. § 1125, or common law trademark infringement or unfair competition;

(b)     an order cancelling Federal Trademark Registration Nos. 2,939,764; 2,503,246; 3,069,011; 3,728,854; 4,628,916; 4,628,915; 4,033,193; and 3,265,584;

31

(c)     a finding that this case is exceptional and awarding attorney's fees to

Plaintiffs pursuant to 15 U.S.C. § 1117;

(d)     an award of costs and expenses; and

(e)     such other relief as the Court determines to be just and proper.

J. Charles Dougherty (96185)
Richard Blakely Glasgow (2009157)
*Attorneys for Plaintiffs*
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
(501) 371-0808
FAX: (501) 376-9442
jdougherty@wlj.com; bglasgow@wlj.com

# EXHIBIT A

 **overstock.com®**
legal

Brock Lyle
Associate General Counsel

Overstock.com, Inc.
799 W. Coliseum Way
Midvale, UT 84047
blyle@overstock.com
Phone: (801) 947-3149
Fax: (801) 947-3144

September 6, 2017

Overstock Furniture and Mattress
12625 N. Interstate Hwy 35
Austin, TX  78753

Re:  Notice of Infringement

To Whom It May Concern:

It has recently come to the attention of Overstock.com, Inc. ("Overstock") that you are currently operating an active retail store with the name "Overstock Furniture and Mattress." Please be advised that Overstock is the owner of the following U.S. trademark registrations:

| | | |
|---|---|---|
| 1) | OVERSTOCK.COM® | Registration No. 2,939,764 |
| 2) | OVERSTOCK.COM® | Registration No. 2,503,246 |
| 3) | OVERSTOCK.COM Your Online Outlet® | Registration No. 3,069,011 |
| 4) | OVERSTOCK.COM PRICE® | Registration No. 3,693,465 |
| 5) | OVERSTOCK.COM PRICES® | Registration No. 3,693,464 |
| 6) | OVERSTOCK.COM IT'S ALL ABOUT THE PRICE® | Registration No. 3,693,463 |
| 7) | OVERSTOCK.COM IT'S ALL ABOUT THE PRICES® | Registration No. 3,693,462 |
| 8) | LIVE BETTER WITH OVERSTOCK.COM® | Registration No. 3,728,852 |

The name of your retail store incorporates Overstock's registered trademark and offers products in the same classes as Overstock.  Consequently, your use of a nearly identical domain name results in consumer confusion, dilution, and tarnishment of Overstock's trademarks, as well as false advertising.  In fact, the first Yelp review on your store is evidence of actual customer confusion.  This confusion, dilution, and tarnishment has caused and will continue to cause irreparable harm to Overstock.

Overstock hereby demands that you eliminate the likelihood of future confusion and unfair benefit from our well-known brand by ceasing to use the Overstock trademark and changing the signage on your stores.  Overstock recognizes that this change may take five to ten business days, but we request that in the interim, you immediately place the following disclaimer on any websites associated with your retail store, as well as a full-page printout in the window of your stores:

"Disclaimer: Overstock Furniture and Mattress is not affiliated in any way with Overstock.com, Inc. or with www.overstock.com."

The disclaimer must be legible, easy to read, in a contrasting color, and placed above the fold (the initial viewing area when your web pages are first loaded by a visitor) on all web pages showing Overstock and in the FAQ page of each of the websites.



Brock Lyle
Associate General Counsel

Overstock.com, Inc.
799 W. Coliseum Way
Midvale, UT 84047
blyle@overstock.com
Phone: (801) 947-3149
Fax: (801) 947-3144

Unless we receive written confirmation of your compliance with this demand on or before **September 20, 2017**, Overstock intends to vigorously defend its rights through all legal and equitable avenues.  We look forward to hearing from you promptly in this regard.

Sincerely,

Brock Lyle
Associate General Counsel
Overstock.com, Inc.

# EXHIBIT B



# WRIGHT LINDSEY JENNINGS

200 West Capitol Avenue, Suite 2300   Little Rock, AR 72201-3699   Main 501.371.0808   Fax 501.376.9442   wlj.com

**J. Charles Dougherty**
ATTORNEY
Direct: 501.212.1383 | jdougherty@wlj.com

October 23, 2017

**Via E-Mail – blyle@overstock.com
and U. S. Mail**

Brock Lyle, Associate General Counsel
Overstock.com, Inc.
799 W. Coliseum Way
Midvale, Utah  84047

Re:    Overstock Furniture and Mattress

---

Dear Mr. Lyle:

Our firm represents Good Deal Charlie, Inc., which operates a store in Austin,
Texas under the name "Overstock Furniture and Mattress."  I am thus in receipt of
your September 6, 2017 letter; I apologize for the delay in our response, as your
letter was only recently brought to our attention by the person who received it in
Austin.

I am confused about your statement that my client uses a domain name that is
nearly identical to that of Overstock.com.  My client does not maintain a website at
all, and has no domain name.  I can only assume that you intended to refer to the
store name rather than to any website.  I also am confused about the reference to a
Yelp review evidencing actual confusion, because I cannot find a Yelp review of my
client's store that mentions Overstock.com.

Your company has a large number of trademark registrations, but it has no
trademark registrations for "overstock" standing alone used in connection with
furniture store services.  The reason of course is that "overstock" standing alone is
not protectable as a trademark for such services.  The term is generic or, at best,
merely descriptive of the goods being sold.  If generic, then it could not possibly be
protectable as a trademark.  If descriptive, then it could theoretically be protectable,
but only after it has been used continuously and exclusively for a sufficient period
that the term has become distinctive. As you are undoubtedly aware, many
businesses sell furniture under a name that includes the word "overstock."  Thus

WRIGHT LINDSEY JENNINGS

October 23, 2017
Page 2

even if the term is descriptive, it could never become distinctive for furniture store
services as it has not been used exclusively, and thus could never be the subject of
trademark rights.  For this reason, any supposed instances of actual confusion are
irrelevant.  I also note that Overstock.com has attempted to register numerous
marks in which the term "overstock" is used alone (without the ".com" portion), but
when those applications receive a refusal to register based on descriptiveness, your
company abandons them.  You must therefore be well aware that "overstock"
standing alone in connection with furniture store services is not protectable.

For the reasons stated above, we do not believe any action is necessary in response
to your letter.  Nevertheless, in the spirit of resolving this matter amicably, my
client would be willing to post a disclaimer such as set forth in your letter at its
retail locations.  (I note, again, that my client has no website, and thus could not
post the disclaimer on any website.)  My client will also agree to never use ".com" in
connection with the term "overstock," which would be meaningless in any event
given the brick-and-mortar-only nature of its services.  This offer is of course
contingent upon Overstock.com providing an acceptable release of my client from
any present or future claims regarding its use of the term "overstock."

I look forward to your reply.

Very truly yours,

WRIGHT, LINDSEY & JENNINGS LLP


J. Charles Dougherty

JCD/bgs

1543205-v1

# EXHIBIT C


overstock.com®
legal

Jacob Hernandez

Associate General Counsel

October 18, 2022

Good Deal Charlie, Inc., DBA
Overstock Furniture & Mattress
2209 E. Main St. Russellville,
Russellville, AR  72802-5364

Re:  Notice of Infringement

To Whom It May Concern:

It has recently come to the attention of Overstock.com, Inc. ("Overstock™") that you are currently operating multiple active retail store locations under the name "Overstock Furniture & Mattress." Similarly, you are operating an online retail website ofurniture.com, while advertising and promoting "Overstock Furniture & Mattress" on your website. Please be advised that Overstock™ is the owner of the following U.S. trademark registrations and common law marks:

| | | |
|---|---|---|
| 1) | OVERSTOCK™ | |
| 2) | OVERSTOCK.COM® | Registration No. 2,939,764 |
| 3) | OVERSTOCK.COM® | Registration No. 2,503,246 |
| 4) | OVERSTOCK.COM Your Online Outlet® | Registration No. 3,069,011 |
| 5) | OVERSTOCK.COM PRICE® | Registration No. 3,693,465 |
| 6) | OVERSTOCK.COM  PRICES® | Registration No. 3,693,464 |
| 7) | OVERSTOCK.COM IT'S ALL ABOUT THE PRICE® | Registration No. 3,693,463 |
| 8) | OVERSTOCK.COM IT'S ALL ABOUT THE PRICES® | Registration No. 3,693,462 |
| 9) | LIVE BETTER WITH OVERSTOCK.COM® | Registration No. 3,728,852 |
| 10) | O | Registration No. 4,033,193 |

Moreover, Overstock™ has developed nationwide recognition, customer good will, and common law rights under the name Overstock™ and its association with furniture and home goods. On October 3rd, 2022, we received a complaint from one of your customers, Harry Armstrong, who believed he had purchased items from an Overstock.com retail location, which do not exist. He referenced and emailed kscott@ofurniture.com in his complaint along with officers of Overstock.com, Inc. Your retail locations advertise "Overstock Furniture & Mattress," which directly misled and confused the complainant and has tarnished the customer goodwill we have developed over 23 years of business.

Consequently, your use of the Overstock name in association with furniture and home goods results in consumer confusion, dilution, false advertising, and tarnishment of Overstock™'s trademarks, common law rights, and customer goodwill. This confusion, dilution, and tarnishment has caused and will continue to cause irreparable harm to Overstock™.

Overstock™ hereby demands that you eliminate the likelihood of current and future confusion and unfair benefit from our well-known brand by ceasing to use the trade name



Jacob Hernandez

Associate General Counsel

"Overstock Furniture & Mattress." Overstock™ recognizes that this change may take some time, and demands that in the interim, you immediately place the following disclaimer at all retail locations which use the name "Overstock Furniture & Mattress," and on any websites associated with your retail store, including "ofurniture.com":

> "Disclaimer: Overstock Furniture & Mattress is not affiliated in any way with Overstock.com, Inc., www.overstock.com, or with Overstock™."

The disclaimer must be legible, easy to read, in a contrasting color, and placed prominently in the front window of your retail locations. Similarly, this disclaimer must be placed above the fold (the initial viewing area when your web pages are first loaded by a visitor) on all web pages showing "Overstock Furniture & Mattress."

Unless we receive written confirmation of your intention to comply with this demand on or before **October 28, 2022**, Overstock intends to vigorously defend its rights through all legal and equitable avenues. We look forward to hearing from you promptly in this regard.

Sincerely,

Jacob Hernandez
Associate General Counsel, IP
Overstock.com, Inc.

# EXHIBIT D

.



PO BOX 888, Russellville, AR  72811 -- Phone: (479) 318-0903

VIA EMAIL AND USPS CERTIFIED MAIL

November 4, 2022

Mr. Jacob Hernandez
Associate General Counsel
Overstock.com
799 W. Coliseum Way
Midvale, UT  84047

Re:     Response to Notice of Infringement dated Oct. 18, 2022 (herein the "Notice")

Dear Mr. Hernandez:

Please accept this letter in response to the Notice you sent Good Deal Charlie, Inc. d/b/a Overstock Furniture & Mattress ("GDC").  GDC's management understands the matters expressed therein but believes that the concerns can be alleviated without it being necessary to implement the demanded changes.

You are correct that GDC operates stores under the name of Overstock Furniture & Mattress and that it uses the website domain www.ofurniture.com.  Be advised that GDC *does not presently sell any products online*.  Instead, its operation is *exclusively brick and mortar* as compared to Overstock.com's operation, *which is exclusively online*.

After reviewing your notice, GDC's management recalled that it responded to a similar if not identical notice received from Overstock.com in 2017.  Attached with this letter is a copy of the response that was sent October 23, 2017 (herein the "2017 Response").  Management does not believe that GDC or its outside counsel who sent the 2017 Response *received a reply of any kind from Overstock.com,* leading it to conclude that the matter was settled based upon the significant passage of time.

Aside from GDC now having a website with a completely dissimilar domain from Overstock.com's website that is not currently used to sell merchandise, the 2017 Response remains applicable in every way and its content is hereby incorporated into this letter as if set forth word for word.  As it pertains to Harry Armstrong, GDC regrets that this individual attempted to involve Overstock.com in the manner he did but disputes that this isolated occurrence can reasonably be expected to give rise to the demands made in the Notice.

Furthermore, GDC disagrees with your conclusion that Overstock.com's reputation has been tarnished because of this single complaint or that any violation of its intellectual property rights has occurred or is occurring.  Overstock.com saw fit not to pursue this matter – or even reply – five years ago, and GDC's position is that Overstock.com has no better footing now than it did in 2017 as it pertains to its demands.

As was the case in 2017, and with the same spirit of resolving this matter amicably, GDC offers to place a disclaimer in its stores to help prevent any future misidentification.  Additionally, GDC offers to post a disclaimer on its website as well.  This offer is contingent upon Overstock.com providing an acceptable release of GDC from any present or future claims regarding its use of the generic term "overstock".

I appreciate your time and consideration in this matter.  If you have any questions, please contact me at award@ofurniture.com, or by telephone at (479) 318-0903.

Sincerely,

Alan Ward
General Counsel

# ⅄⅄Ⅴ

## WRIGHT LINDSEY JENNINGS

200 West Capitol Avenue, Suite 2300   Little Rock, AR 72201-3699   Main 501.371.0808   Fax 501.376.9442   wlj.com

J. Charles Dougherty
ATTORNEY

Direct: 501.212.1383 | jdougherty@wlj.com

October 23, 2017

**Via E-Mail – blyle@overstock.com
and U. S. Mail**

Brock Lyle, Associate General Counsel
Overstock.com, Inc.
799 W. Coliseum Way
Midvale, Utah  84047

Re:   Overstock Furniture and Mattress

---

Dear Mr. Lyle:

Our firm represents Good Deal Charlie, Inc., which operates a store in Austin, Texas under the name "Overstock Furniture and Mattress."  I am thus in receipt of your September 6, 2017 letter; I apologize for the delay in our response, as your letter was only recently brought to our attention by the person who received it in Austin.

I am confused about your statement that my client uses a domain name that is nearly identical to that of Overstock.com.  My client does not maintain a website at all, and has no domain name.  I can only assume that you intended to refer to the store name rather than to any website.  I also am confused about the reference to a Yelp review evidencing actual confusion, because I cannot find a Yelp review of my client's store that mentions Overstock.com.

Your company has a large number of trademark registrations, but it has no trademark registrations for "overstock" standing alone used in connection with furniture store services.  The reason of course is that "overstock" standing alone is not protectable as a trademark for such services.  The term is generic or, at best, merely descriptive of the goods being sold.  If generic, then it could not possibly be protectable as a trademark.  If descriptive, then it could theoretically be protectable, but only after it has been used continuously and exclusively for a sufficient period that the term has become distinctive.  As you are undoubtedly aware, many businesses sell furniture under a name that includes the word "overstock."  Thus

WRIGHT LINDSEY JENNINGS

October 23, 2017
Page 2

even if the term is descriptive, it could never become distinctive for furniture store services as it has not been used exclusively, and thus could never be the subject of trademark rights.  For this reason, any supposed instances of actual confusion are irrelevant.  I also note that Overstock.com has attempted to register numerous marks in which the term "overstock" is used alone (without the ".com" portion), but when those applications receive a refusal to register based on descriptiveness, your company abandons them.  You must therefore be well aware that "overstock" standing alone in connection with furniture store services is not protectable.

For the reasons stated above, we do not believe any action is necessary in response to your letter.  Nevertheless, in the spirit of resolving this matter amicably, my client would be willing to post a disclaimer such as set forth in your letter at its retail locations.  (I note, again, that my client has no website, and thus could not post the disclaimer on any website.)  My client will also agree to never use ".com" in connection with the term "overstock," which would be meaningless in any event given the brick-and-mortar-only nature of its services.  This offer is of course contingent upon Overstock.com providing an acceptable release of my client from any present or future claims regarding its use of the term "overstock."

I look forward to your reply.

Very truly yours,

WRIGHT, LINDSEY & JENNINGS LLP


J. Charles Dougherty

JCD/bgs

JCD/22147-72269

Brock Lyle, Associate General Counsel
Overstock.com, Inc.
799 W. Coliseum Way
Midvale, UT  84047


JCD/22147-72269

Good Deal Charlie, Inc.
C/o Mr. Jonathan L. McIllwain
2209 East Main Street
Russellville, AR  72802

# EXHIBIT E

# overstock.com·

## Overstock Acquires Bed Bath & Beyond Brand and Other Intellectual Property

June 28, 2023

- *Acquired iconic brand with high consumer awareness, vast customer database, and website domains among other intellectual property*
- *Combining Overstock's asset-light business model with the well-known Bed Bath & Beyond brand*
- *Transitioning to single Bed Bath & Beyond domain for quality home products*
- *Re-branding Overstock Club O loyalty program as Welcome Rewards*

SALT LAKE CITY, June 28, 2023 (GLOBE NEWSWIRE) -- Overstock.com, Inc. (NASDAQ: OSTK), a leading online furniture and home furnishings retailer, today announced the consummation of its acquisition of certain intellectual property assets of the Bed Bath & Beyond banner from Bed Bath & Beyond, Inc. under a Bankruptcy Court supervised process. Overstock is hosting a conference call tomorrow, June 29, 2023 at 8.30 a.m. ET, to discuss the transaction.

"This acquisition is a significant and transformative step for us," said Overstock CEO,  Jonathan Johnson. "Bed Bath & Beyond is an iconic consumer brand, well-known in the home retail marketplace. The combination of our winning asset-light business model and the high awareness and loyalty of the Bed Bath & Beyond brand will improve the customer experience and position the Company for accelerated market share growth."

Overstock is a leading on-line retailer of indoor and outdoor furniture, home décor, and area rugs, among other home furnishings products. Customers of Bed Bath & Beyond will be able to access the vast and growing assortment Overstock offers, along with the kitchen, bedding, and bath-related products for which Bed Bath & Beyond has been a destination for over 30 years.

### Brand Integration
Within the next week, Overstock plans to re-launch the Bed Bath & Beyond domain in Canada, followed weeks later by the re-launch of a refreshed website, mobile app, and loyalty program in the United States. New and existing customers of both Overstock and Bed Bath & Beyond will experience a single online shopping destination -- **bedbathandbeyond.ca** in Canada and **bedbathandbeyond.com** in the U.S. -- for millions of quality furniture and home furnishings products available at affordable price points for every budget.

Overstock is re-branding its *Club O* loyalty program as ***Welcome Rewards***. The newly branded *Welcome Rewards* program will continue to offer 5% reward dollars for all purchases that can be fully redeemed in subsequent transactions.

"Combining the strengths of the Overstock operational model and the Bed Bath & Beyond brand will create a powerful synergy," Johnson said. "I'm excited for consumers to experience the new Bed Bath and an even bigger and better Beyond."

### Transaction Details
The Bed Bath & Beyond assets acquired include website and domain names, trademarks, tradenames, patents, customer database, loyalty program data and other brand assets related to the Bed Bath & Beyond banner. The U.S. Bankruptcy Court for the District of New Jersey approved Overstock's winning bid at a sale hearing on  June 27, 2023.

The transaction excludes any asset associated with the brick & mortar business of Bed Bath & Beyond, Inc. including store leases, inventory, warehousing, and logistics infrastructure. The buybuy Baby and Harmon banners and their assets formerly operated by Bed Bath & Beyond, Inc. are also excluded from the transaction.

Pursuant to Overstock's winning bid and asset purchase agreement, the Company purchased the assets for  $21.5 million, funded entirely with cash on hand. As previously disclosed, the Company had $374.7 million in cash and cash equivalents at the end of March 31, 2023.

Legal advisors to Overstock on the transaction were Wachtell, Lipton, Rosen & Katz, and financial advisors were Guggenheim Securities, LLC. Overstock has engaged Bain & Co. and Redscout to provide brand integration management services.

### Webcast and Replay Information
Overstock will hold a conference call to discuss the transaction on Thursday June 29, 2023 at 8.30 a.m. ET. Interested parties can register and access the webcast here. To participate in the conference call via telephone, please pre-register at this link here. Registrants will receive dial-in information and a unique PIN to access the live call.

A replay of the conference call will be available at http://investors.overstock.com two hours after the live call has ended.

**Second Quarter 2023 Performance Preliminary Update**
Overstock is providing select preliminary second quarter 2023 financial information.

2Q 2023 quarter to date, revenue is estimated to have declined in the low-20% range compared to 2Q 2022. The promotional and marketing environment has remained highly competitive due to the weak consumer sentiment within a challenging economic backdrop and changes in consumer spending preferences. While this has put pressure on profitability, we continue to expect to deliver positive adjusted EBITDA for 2Q 2023.

We will not be providing any additional details or taking any questions related to the second quarter 2023 preliminary performance update on the conference call.

**About Overstock**
Overstock.com, Inc. (NASDAQ:OSTK) is an online furniture and home furnishings retailer and technology-focused innovator based in Salt Lake City, Utah. Its leading e-commerce website sells a broad range of new home products at low prices, including furniture, décor, area rugs, bedding and bath, home improvement, and more. The online shopping site features millions of products that tens of millions of customers visit each month. Overstock regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website, Overstock.com.

O, Overstock.com, O.com, and Club O are registered trademarks of Overstock.com, Inc. Overstock and Making Dream Homes Come True are trademarks of Overstock.com, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

**Cautionary Note Regarding Forward-Looking Statements**
This press release contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements include all statements other than statements of historical fact, including but not limited to statements regarding the intellectual property transaction, expected consequences thereof, and other related topics to be discussed, as well as our preliminary second quarter 2023 performance. These statements are based upon the current expectations and beliefs of management and are subject to certain risks and uncertainties that could cause actual results to differ materially from those described in the forward-looking statements. These risks and uncertainties include, but are not limited to, risks and uncertainties discussed in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, which was filed with the SEC on February 24, 2023, Form 10-Q for the fiscal year ended March 31, 2023, which was filed with the SEC on May 2, 2023 and in our subsequent filings with the SEC, which factors are incorporated herein by reference and the following factors: the possibility that the anticipated benefits of the intellectual property transaction are not realized when expected or at all, including as a result of the impact of, or problems arising from, the integration of the acquired assets or launch of the brand integration.

| Contacts |  |
| --- | --- |
| Investor Relations: | Media Relations: |
| Lavesh Hemnani | Sarah Factor |
| ir@overstock.com | pr@overstock.com |



Source: Overstock.com, Inc.

# EXHIBIT F

**yahoo!** finance | Search for news, symbols or companies | News **Finance** Sports More ⌄ 🔔 ✉ B

My Portfolio | News | Markets | Sectors | Screeners | Personal Finance | Videos

# Goodbye Overstock.com. Hello Bedbathandbeyond.com.

Overstock.com decided to stop doing business online under its eponymous domain name after paying $21.5 million for the brand of Bed Bath & Beyond.



**Alexis Keenan · Reporter**
Updated Thu, Jun 29, 2023 · 2 min read

⬆ ▤ 55

In This Article:

OSTK  0.00%

Overstock.com (OSTK) paid $21.5 million so it could use the brand of Bed Bath & Beyond, which filed for bankruptcy in April. It liked the name so much that it decided to stop using its own online.

The e-commerce retailer on Wednesday announced plans to scrap doing business online under its eponymous domain name and instead operate under Bedbathandbeyond.com.

Discover FELC SPONSORED



## Seek to outperform the index

Fidelity Enhanced Large Cap Core ETF is run by an expert
team to pursue upside and adapt to market conditions.

Learn more

The news came after its offer to buy Bed Bath & Beyond's (BBBYQ) intellectual property assets was approved by a federal bankruptcy court. That deal does not include Bed Bath's physical stores, which are closing.

"We think we are a Bed, Bath, and a bigger and better Beyond," Overstock.com CEO Jonathan Johnson told Yahoo Finance in a live interview Thursday. "When this opportunity came up, it just made a lot of sense."

He said he expects the corporate name of Overstock.com would also change "in the coming months" but no decisions have been made yet on what that would be.



Overstock.com CEO Jonathan Johnson, center, speaking to reporters in 2018. (Photo by Alex Wong/Getty Images) (Alex Wong via Getty Images)

Bed Bath filed for Chapter 11 protection in US bankruptcy court in New Jersey in April, positioning the company for both a wind-down and the possibility of staying in business.

Bed Bath's stock, which now trades as a penny stock, rose 60% in June. In pre-market hours shares were trading at $0.34.

Overstock's stock surged Thursday, climbing more than 13% as of 11 a.m. ET.

Overstock's bid, submitted as a starting bid or floor bid known as a "stalking horse" purchase agreement, included Bed Bath's brand name, business internet properties, mobile platform, advertising and marketing material, and business data.

However, it does not include the company's physical retail stores or the company's buybuyBaby chain. It is not clear who would purchase the buybuyBaby chain.



Bed Bath & Beyond stores are not part of the Overstock.com deal. (STRF/STAR MAX/IPx)

The approval indicates that the bankruptcy court, following a hearing over the agreements on June 27, determined that the Overstock.com agreement is in the best interests of Bed Bath's debtors and stakeholders.

Overstock's offer was the sole bid for the assets.

Within the next week, Overstock plans to relaunch the Bed Bath & Beyond domain in Canada, followed weeks later by the relaunch of a website, mobile app, and loyalty program in the United States.

New and existing customers of both Overstock and Bed Bath & Beyond will have a single online shopping destination — bedbathandbeyond.ca in Canada and bedbathandbeyond.com in the US.

**Story Continues**                                                                                 🗩 **View Comments (55)**

# EXHIBIT G

# ◑overstock.com™

**The New Bed Bath & Beyond Launched Today, Ushering Iconic Brand into the Future as a Bigger, Better E-Retailer**

August 1, 2023

- *Elevated User Experience with More Robust Product Assortment*
- *Better Deals on Quality Home Furnishings and Furniture*
- *Celebrating Launch with Exclusive Coupons and Restored Loyalty Points*

SALT LAKE CITY, Utah, Aug. 01, 2023 (GLOBE NEWSWIRE) -- The beloved home brand, Bed Bath & Beyond, is back! This leading consumer brand, which was purchased by Overstock.com, Inc. *(NASDAQ:OSTK)* in June, announced today the launch of BedBathandBeyond.com in the U.S. This launch marks a transformation for both Overstock and Bed Bath & Beyond, merging the best of both companies into a single online shopping destination under the Bed Bath & Beyond name.

"This is a historic day for Bed Bath & Beyond and Overstock – and for the broader ecommerce industry," said  Jonathan Johnson, CEO of the new Bed Bath & Beyond. "Overstock has a great business model with a name that does not reflect its focus on home. Bed Bath & Beyond is a much-loved and well-known consumer brand, which had an outdated business model that needed modernizing. Through this rebranding, we're breathing new life into Bed Bath & Beyond, positioning it as an asset-light, ecommerce retailer with an expanded home furnishings and furniture assortment. Think of it as Bed Bath & a much bigger, better Beyond."

Beginning today, Bed Bath & Beyond will return to offering the kitchen, bed, and bath-related products customers have grown to love since its inception 30 years ago – in addition to a vast and growing assortment of furniture and other home product categories, including area rugs, lighting, décor, and home improvement, among others. Its broad offering includes millions of products available at "Smart Value" – or quality for less.

***In celebration of this milestone launch, customers will see sidewide deals, promotions, and perks at BedBathandBeyond.com and the new Bed Bath & Beyond mobile app, including:***

- A 25% off welcome coupon for anyone who downloads and shops through the new and refreshed Bed Bath & Beyond mobile app, available for iOS and Android.
- Reinstated loyalty points, exclusive coupons, and free membership to the new Welcome Rewards program (a $19.95 value) for active members of the former Bed Bath & Beyond loyalty program. Qualifying customers will receive an email with exact details.
- 20% off coupon and transfer of membership along with all current rewards for members of Club O, Overstock's former loyalty program. Click here for more details.
- Other money-saving deals on a wide selection of furniture, decor, rugs, and more.

"If you liked the Bed Bath & Beyond coupons of the past, you will love our better pricing, special promotions, broader assortment, and the improved customer experience on the website and mobile app," Johnson said. "We've seen strong customer engagement with our BedBathandBeyond.ca Canada business that launched on June 29."

Under a Bankruptcy Court supervised process, the Bed Bath & Beyond brand was acquired by Overstock in June. (Read more about the acquisition here.) Following this acquisition, Overstock is being rebranded as Bed Bath & Beyond – an ecommerce only retailer. The Overstock brand will sunset over time.

A full press kit, including logos, images, and videos, is available here.

## About Overstock.com

Overstock.com, Inc. *(NASDAQ:OSTK)* is an online furniture and home furnishings retailer and technology-focused innovator based in Salt Lake City, Utah. Overstock.com, Inc. owns the Bed Bath & Beyond brand and other intellectual property related to the brand. The leading ecommerce website sells a broad range of new home products at low prices, including furniture, décor, area rugs, bedding and bath, home improvement, and more. The online shopping site features millions of products that tens of millions of customers visit each month. Overstock regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website.

Bed Bath & Beyond, Beyond, Welcome Rewards, Overstock, and Overstock.com are trademarks of Overstock.com, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

**Cautionary Note Regarding Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements include all statements other than statements of historical fact, including but not limited to statements regarding use of the Overstock and Bed, Bath & Beyond brands and expected consequences thereof. Additional information regarding factors that could materially affect results and the accuracy of the forward-looking statements contained herein may be found in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, which was filed with the SEC on February 24, 2023, Form 10-Q for the fiscal quarter ended March 31, 2023, which was filed with the SEC on May 2, 2023, Form 10-Q for the fiscal quarter ended June 30, 2023, which was filed with the SEC on July 31, 2023, and in our subsequent filings with the SEC.

| Contacts | |
|---|---|
| Investor Relations: | Media Relations: |
| Lavesh Hemnani | Sarah Factor |
| ir@overstock.com | pr@overstock.com |



Source: Overstock.com, Inc.

# EXHIBIT H


MILITARY APPRECIATION MONTH

Celebrating Those
Who Go **Above**
and Beyond

NAVY FEDERAL
Credit Union

LEARN MORE

Insured by NCUA.

≡   CNN Business     Markets   Tech   Media   Calculators   Videos          Watch   Listen   Live TV   🔍   Sign in

| Markets → | | | | Fear & Greed Index → | Latest Market News → |
|---|---|---|---|---|---|
| DOW | 39,069.59 | 0.01% ▲ | | Neutral sentiment is driving the US market | Traveling on Memorial Day? You could be making history |
| S&P 500 | 5,304.72 | 0.70% ▲ | | 53 | What's open and closed on Memorial Day 2024 |
| NASDAQ | 16,920.79 | 1.10% ▲ | | | US box office on track to have worst Memorial Day weekend since 1995 |

# Bed Bath & Beyond is back from the dead

 By Parija Kavilanz, CNN
🕐 3 minute read · Updated 10:21 AM EDT, Tue August 1, 2023

f   X   ✉   🔗


☐ Video Ad Feedback

MORE FROM CNN

 The best sales to shop today: Glossier, iPad, Our Place and more

 Our favorite product releases this week: Cuup, Loftie, Courant ...

 Our favorite product releases this week: Parachute, ...

‹    Watch: How did Bed, Bath & Beyond get here?    Costco is running out of gold bars to sell. Personal expert reacts    The price of chocolate is soaring. Here's why      ›

**New York (CNN)** — A month after Overstock.com announced it bought Bed Bath & Beyond's brand out of bankruptcy, the company has dumped its name and morphed its website and app.

On Tuesday, Overstock's website relaunched as BedBathandBeyond.com, a move that merges Overstock's online business model and merchandise categories with popular branded products favored by Bed Bath & Beyond shoppers.

"All of Overstock's categories will transition over and new products will also come in," Jonathan Johnson, CEO of Overstock, said in an interview with CNN.

ADVERTISING                          ▷


Now with WiFi speeds up to a gig on the go

Exclusively for Xfinity Mobile customers

xfinity mobile          Learn more

CNN BUSINESS VIDEOS

 ▶ Is getting a fully electric vehicle even worth it?

 ▶ Nigerian Afrobeats megastar Tiwa Savage discusses her sound and style evolution

 ▶ How this drone will take the place of first responders in an emergency





The new Bed Bath & Beyond website launched on Aug. 1, 2023. Rebecca Wright/CNN

The relaunched website touted a "Welcome to a bigger, better beyond" welcome message, offering deals of an extra 15%-20% off bedding, bath and furniture items.

"Since this deal was announced, we have added over 600,000 new products to the site," acquired Bed Bath & Beyond's name, intellectual property and digital assets in June with a winning bid of $21.5 million for its assets.

## Brought back to life

Johnson promised newness blended with familiarity for Bed Bath & Beyond customers in the latest digital-only version of the retailer.

"It will have the same great bed, bath and kitchen items but it will also have a much bigger beyond," he said. The "beyond" includes a wider array of linens, cookware and small appliances.

Fans of Bed Bath & Beyond's 20%-off a single item "Big Blue" coupon will be somewhat disappointed that it will not be resurrected.

"I guess what I would say about the coupon is that if you like Bed Bath & Beyond coupons in the past, you will like new Bed Bath & Beyond mobile app we will be rolling out with launch in US," said Johnson.



Overstock.com is changing its name. It's one they may recognize

He said shoppers can avail themselves of special deals and promotions through the new app, including a 25% off coupon for downloading the app and making purchases. Former Overstock.com loyalty program members will get a 20% off coupon and their membership transferred to the rebranded loyalty program.

**5 things** You give us five minutes, we'll give you five things you must know for the day.

Email address   Sign Me Up

By subscribing you agree to our *privacy policy*.

BedBathand Beyond.com is also reinstating up to $50 in unused loyalty rewards points for active members of the former Bed Bath & Beyond loyalty program. "Those rewards points had gone away in the bankruptcy," he said.



Overstock.com relaunched as BedBathandBeyond.com Tuesday. Bed Bath & Beyond

"We'll still be offering coupons even if they're not as large as the 20% coupon that people expected and frankly demanded from Bed Bath & Beyond," said Johnson.

What's not coming back — at least in the foreseeable future — are physical stores.

"Never say never," said Johnson. "We're focused on this transition now and we like our asset-light business model.... But never say never. We'll look, we may test, but right now, it's not in the current strategic plan."

Bed Bath & Beyond announced in April it would close all 360 of its stores and go out of business.

One change that Overstock is contemplating is the company ticker symbol.



"We think the corporate name, which is Overstock and ticker 'OSTK' is probably not a fit anymore. We're figuring



in an emergency

⊙ Tiwa Savage reveals to CNN's Larry Madowo how 'Water & Garri' became a feature-length film

lendingtree

| Mortgage | | |
| --- | --- | --- |
| Loan Type | Rate | APR |
| 30-yr fixed | 6.50% | 6.52% |
| 15-yr fixed | 5.85% | 5.55% |
| 5/1 ARM | 5.35% | 7.55% |
| Loan Amount | | Payment |
| $225,000 (5/1 ARM) | 7.15% | $1,255 9x/mo |

calculate payment

Advertisement   ⊠ Ad Feedback

PAID PARTNER CONTENT   Dianomi ▷



Respond To The Shift: Themes Shaping Today's Bond Market Landscape
BNY Mellon IM



6 Common Questions About Social Security
Charles Schwab



How Some States are Revolutionizing Early Child Care and Education
EMMI

Judge approves Overstock's $21.5 million purchase of Bed Bath & Beyond's brand

out what to do. We're not sure we want it to be the 'BBBY' tainted ticker of a meme stock gone bankrupt. We'll find the right name in time."

Bed Bath & Beyond's return comes close on the heels another iconic retail brand's comeback.

Babies R Us, which went out of business in tandem with its parent company, Toys R Us, in 2018, opened its new US flagship store last month at the American Dream Mall in New Jersey.

Advertisement Ad Feedback

PAID PARTNER CONTENT dianomi

Sponsored Video by BNY MELLON INVESTMENT MANAGEMENT Learn More

Respond To The Shift: Themes Shaping Today's Bond Market Landscape

LOUIS
D'ANELI
2024 is shaping up to be a year
of transition for fixed income markets.

Video by dianomi

A Flexible MBA Program That Fits Your Schedule and Lifestyle

Sponsored by Carey Business School

What can I do with equity compensation?

Sponsored by Charles Schwab

When Should I Collect Social Security?

Sponsored by Charles Schwab

Save For Your Future

WELLS FARGO

7-MO SPECIAL RATE CD. MEMBER FDIC.

4.75% APY

GET STARTED

Sponsored by

DISTRO TV

We have sports!

DistroTV: Watch 270+ Live Streaming Channels All For...

DistroTV is the best FREE independent streaming television service

270+ FREE live streaming channels: Entertainment, Sports, Movies, Music ...

No sign up. No registration. No credit cards. Just watch for FREE

Find Results for

1. 7% Interest Savings Accounts
2. Closeout Deals At Bed Bath & Beyond
3. Bed Bath & Beyond Closing Sale

How Some States are Revolutionizing Early Child Care and Education

Sponsored by Indeed

The Resiliency of Muni Credit

Sponsored by Oppenheimer & Co. Inc.

Improve Your Supply Chain With Our Online Master's Degree

Sponsored by Georgetown University

3 Alternatives to Cash Gifts for Graduation

Sponsored by Charles Schwab

# EXHIBIT I

HOURLY NEWS
LISTEN LIVE
PLAYLIST

Resume Listening
Bed Bath & Beyond is back from the dead with Overstock.com relaunch


npr

DONATE

**BUSINESS**

# Bed Bath & Beyond is back from the dead with Overstock.com relaunch

AUGUST 1, 2023 · 5:15 PM ET

HEARD ON ALL THINGS CONSIDERED

Alina Selyukh

**3-Minute Listen**

PLAYLIST

Download

Transcript

Online discount retailer Overstock.com has become Bed Bath & Beyond after
buying the bankrupt home-goods brand. But don't expect brick-and-mortar stores
to reopen or big blue coupons in the mail.

**Sponsor Message**

       Bed Bath & Beyond is back from the dead with Overstock.com relaunch : NPR

SACHA PFEIFFER, HOST:

Bed Bath and Beyond is back from the dead, sort of. Its website was relaunched today by the online retailer overstock.com. What is going on? NPR's Alina Selyukh is our expert on this long saga of the chain where many of us used to shop. And she's with me now in the studio. Hi, Alina.

ALINA SELYUKH, BYLINE: Hello, hello.

PFEIFFER: So is Bed Bath and Beyond resurrected?

SELYUKH: Sorry, Bed Bath and Beyond is still gone. The home goods giant went bankrupt in April. That's what's happened. So in this - it was this drawn-out, painful collapse. And eventually, bankruptcy court held basically a fire sale or, I guess, more like an estate sale in this case, selling Bed Bath and Beyond for parts. And one of those parts was the intellectual property - the website, the mobile app, the brand name itself. And all of this was bought by overstock.com for $21 million, which frankly feels like a rounding error for a big company. And Overstock actually did it all in cash.

PFEIFFER: Right. That sounds like a tiny amount of money, relatively speaking. So, Alina, if I go to bedbathandbeyond.com, am I shopping on Overstock? Am I still looking at the Bed Bath and Beyond old website?

SELYUKH: As of today, you're pretty much shopping on the new version of overstock.com, which is kind of a fairly unusual choice. Overstock, the company that's very much alive, has decided to fully absorb the identity of Bed Bath and Beyond, which is dead. It's losing the Overstock branding and is becoming this new, online-only Bed Bath and Beyond.

PFEIFFER: With a mixture of what it sells and what Bed Bath and Beyond used to sell.

SELYUKH: Pretty much.

PFEIFFER: So to abandon its own name, overstock.com, feels dramatic. Why is the company doing that?

SELYUKH: It's all about that name recognition. People feel things when they hear the name Bed Bath and Beyond. People used to love this chain before it fell apart.

And Overstock wants that emotion. It's not as well-known as many rivals, like Wayfair, for example. Today I talked to chief executive Jonathan Johnson, and he says also, people often assume that Overstock is, like, a liquidation store, which it's not. He also admitted that Overstock was self-aware enough to know that it's a bit of an embarrassing name to put on your wedding registry. Bed Bath and Beyond is not. So basically, he argued both Bed Bath and Overstock were each carrying an albatross that, combined, maybe they can ditch. Here's Johnson.

JONATHAN JOHNSON: Overstock has always had a great business model but kind of a boat anchor of a name. The Bed Bath and Beyond name is a great name, but it has an outdated business model that had become a boat anchor. We think that this combination will let us really sail sleekly, anchor-free, into the future.

SELYUKH: And in the process sell you bed, bath and a ton more of the beyond, like tiles and refrigerators.

PFEIFFER: Is Overstock taking over any of Bed Bath and Beyond's brick-and-mortar stores?

SELYUKH: Yes. Here's what Johnson told me.

JOHNSON: We never say never to physical stores, but it's a never for now.

SELYUKH: Overstock did not buy any of the Bed Bath and Beyond leases. Johnson called it an outdated business model with huge expenses producing higher prices for shoppers, so no stores.

PFEIFFER: You know that many listeners are wondering this, so I'm going to ask you for them. Will the new Bed Bath and Beyond take those legendary, old, big blue coupons?

SELYUKH: Of course. So here's the thing. Overstock is historically a discount store. So when I asked Johnson this very question, he used the moment to plug the new Bed Bath mobile app, which he says will have deals. But to say directly, I'm afraid, Bed Bath and Beyond coupons are done, just like their original company.

PFEIFFER: Truly did. That's NPR's Alina Selyukh. Thanks for coming in.

SELYUKH: Thank you.

*Copyright © 2023 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by an NPR contractor. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*



# The economy explained, with stories and surprises.

Sign up for the Planet Money newsletter to explore the unexpected ways the economy shapes our lives.

| Email address | SUBSCRIBE |
|---|---|

See more subscription options

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

## More Stories From NPR

# EXHIBIT J



**Overstock Heads into the Future as Beyond**

October 24, 2023

- Overstock.com, Inc. will change corporate name to Beyond, Inc.
- Common stock listing will transfer from NASDAQ to NYSE
- Ticker symbol will change from OSTK to BYON
- All changes effective November 6, 2023

MIDVALE, Utah, Oct. 24, 2023 (GLOBE NEWSWIRE) -- Overstock.com, Inc. *(NASDAQ:OSTK)*, which operates as Bed Bath & Beyond, today announced that it will change its corporate name to Beyond, Inc. effective November 6, 2023. Concurrently, with the corporate name change, the company will transfer its stock listing from the Nasdaq Global Market (NASDAQ) to the New York Stock Exchange (NYSE) and change its ticker symbol from OSTK to BYON. Following the corporate name change, Beyond, Inc. will continue to operate its furniture and home furnishings ecommerce business under the Bed Bath & Beyond brand.



On June 28, 2023, Overstock.com, Inc. acquired the Bed Bath & Beyond brand and associated intellectual property. Overstock was rebranded as Bed Bath & Beyond, launching bedbathandbeyond.ca (formerly overstock.ca) in Canada on June 29, 2023, followed by bedbathandbeyond.com (formerly overstock.com) and the brand's new mobile app in the United States on August 1, 2023. Today, Bed Bath & Beyond sells a broad array of high quality, on-trend home products at competitive prices, including furniture, bedding and bath, patio and outdoor, area rugs, tabletop and cookware, décor, storage and organization, small appliances, home improvement, and more.

"Changing our corporate name to Beyond, Inc. sets us up well for a brighter future," said Jonathan Johnson, Chief Executive Officer. "As we continue the process of transforming our consumer brand, our new corporate name will help us reach millions of new customers with our advantageous and differentiated, asset-light ecommerce business model. The name 'Beyond' emphasizes our commitment to connect new and legacy customers with a wide assortment of products and services. Since our founding in 1999, the company has focused on bringing technical expertise to ecommerce and providing a simple and easy experience for consumers and supplier partners. We expect the corporate name change to enhance the awareness of our iconic consumer brand, Bed Bath & Beyond."

Overstock.com, Inc. will continue to trade on the NASDAQ with ticker symbol OSTK until the close of market on Friday, November 3, 2023. Beyond, Inc. will begin trading on the NYSE with ticker symbol BYON when markets open on Monday, November 6, 2023. On that day, to celebrate the transfer, representatives of Beyond, Inc. will ring the NYSE Opening Bell at 9:30 AM ET.

"We are grateful to NASDAQ for their partnership and support over the years," Johnson said. "We are thankful to the NYSE for welcoming us to its prestigious platform. We are excited to join many of the world's biggest consumer brands, as we begin a new chapter in our corporate transformation."

"We are thrilled to welcome Beyond, Inc. to the New York Stock Exchange," said Lynn Martin, NYSE President. "Under its new name, Beyond, Inc. joins a world-class community of peers in the retail space at its new listing home, where it can leverage the visibility, unmatched trading platform and other advantages only found at the NYSE."

**About Overstock.com**
Overstock.com, Inc. *(NASDAQ:OSTK)* is a technology-focused innovator based in Salt Lake City, Utah and owner of the Bed Bath & Beyond brand and other intellectual property related to the brand. Bed Bath & Beyond is an online home furnishings and furniture retailer in the United States and Canada. The leading ecommerce website sells a broad range of new home products at low prices, including furniture, décor, area rugs, bedding and bath, home improvement, and more. The online shopping site features millions of products that tens of millions of customers visit each month. Overstock regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website.

Bed Bath & Beyond, Beyond, Welcome Rewards, Overstock, and Overstock.com are trademarks of Overstock.com, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

**Cautionary Note Regarding Forward-Looking Statements**
This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements include all statements other than statements of historical fact, including but not limited to statements regarding impacts of our use of the Overstock and Bed, Bath & Beyond brands, our corporate name change and stock listing transfer. Additional information regarding factors that could materially affect results and the accuracy of the forward-looking statements contained herein may be found in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, which was filed with the SEC on February 24, 2023, Form 10-Q for the fiscal quarter ended March 31, 2023, which was filed with the SEC on May 2, 2023, Form 10-Q for the fiscal quarter ended June 30, 2023, which was filed with the SEC on July 31, 2023, and in our subsequent filings with the SEC.

| Contacts | |
|---|---|
| Investor Relations: | Media Relations: |
| Lavesh Hemnani | Sarah Factor |
| ir@overstock.com | pr@overstock.com |

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/afaeece3-8286-4758-a965-db3ba3c9f209



Source: Overstock.com, Inc.

Beyond, Inc.



Beyond, Inc. logo

# EXHIBIT K



November 2, 2023

To the Board of Directors of Overstock.com:

JAT Capital does not call for changes at our portfolio companies often, and it is only after careful consideration and in circumstances that are particularly unusual. This is one such case. Pursuant to numerous and repeated conversations we have had with board members, management, other investors, the sellside analysts that cover your stock, and the vendor community that sells product through your website, we have arrived at the following observations, conclusions and recommendations:

OBSERVATIONS AND CONCLUSIONS:

1) Senior Management: within our vast number of conversations it is a near unanimous point of view that management has lost the confidence of the shareholders, investment community and vendors. This is well understood.

2) Investor Interests are Being Subverted: the personal interests of certain individuals appear to be being placed above the interests of shareholders. There are numerous examples, but last week, despite repeated recommendations from several interested parties that Marcus Lemonis be involved in the earnings call, Marcus was told he was not to participate, and the only offered explanation, we concluded, equates to protecting the reputation of senior management.

3) Business is Being Mismanaged: recent performance has been poor. Revenue is falling at a rate not similar to any comparable company, and this is occurring despite the Company investing aggressively and burning cash.

4) Messaging is Poor: the near universal feedback we have received is that the communication from the Company is either confusing or not helpful at all. Despite poor recent results that were a surprise to the investment community, management was quoted as saying "we are on plan". The Company has scheduled an analyst day for next week and we are aware of multiple invited analysts who do not plan to attend because the event, if it were to be conducted with current management, is regarded as "useless".

5) Prospective Marketing Campaign is a "Bet the Company" Moment: the Company is about to embark on a brand transition and marketing campaign that is unprecedented in the Company's history, current management has no experience in managing, and is forecasted to burn half of the Company's existing cash. This requires focus, clarity, experience, and the most qualified personnel available to manage.

6) Marcus Lemonis is Clearly the Most Qualified Person Available to Manage the Business: the Company is fortunate to have added Mr. Lemonis to the Board. Marcus has taken an active role in working with the team to address a variety of issues, and the feedback we have gotten has been unanimously positive. We were pleased to learn how well known Marcus is amongst the vendor community, and he appears well positioned to work with these vendors to drive meaningfully more volume through the Overstock platform. Marcus has offered to allocate a significant portion of his time to the Company, has already bought a significant amount of stock personally, and has already demonstrated an ability to communicate effectively with Wall Street through the prepared remarks he wrote for the earnings event, which were very well received.

RECOMMENDATIONS:

1) CEO Change: the current CEO needs to be removed immediately. He has performed poorly (as demonstrated by the company's financials relative to its peer group), he has communicated poorly with investors and the sellside community, and he has recently taken actions that give the appearance that his own interests are being prioritized.

2) Compensation Structure: an option pool should be established that should be used to compensate existing Board Members and Senior Management whose cash compensation should be reduced, but this pool should also be used to recruit new talent to the Company, including a new CEO.

3) Marcus Lemonis Should Operate the Company: Mr. Lemonis is unquestionably the most qualified individual available to the Company to manage the business. It is my strong belief that if the Company engages in an exhaustive executive search while dangling an option package as incentive, the Company will not find anyone more qualified than Marcus. He has the confidence of the Company's investors, the sellside community, portions of the Board, the vendor community, and reportedly the employees that have engaged with him. Subject to Board oversight, the interim CEO should report directly to Marcus, and he should be given operational control with latitude to make the decisions required to steer the Company through this critical time. I have asked repeatedly what good reasons exist to not do this, and nobody, including members of the Board, has been able to provide me with a valid answer. Not making this decision, particularly when Marcus has offered to do it, gives the appearance that the Board is making decisions out of self-preservation or for loyalty to long time employees, which would be, of course, not appropriate.

4) Analyst Day: the Company has already scheduled an analyst day for next Monday, November 6. This analyst day was allegedly put on the calendar, oddly, because the current CEO desired to "ring the bell" on the New York Stock Exchange on Tuesday morning. The analyst day should not go to waste. It is my understanding that some analysts intend to not attend this event because the Company has not indicated who from Overstock will be in attendance, and if it is simply the current management and IR team it is perceived to be not useful. I recommend that management changes occur in advance of next Monday, and Marcus Lemonis attend this event and run it as the primary face of the Company.

As I have discussed with several of you, these changes are obviously in the best interests of shareholders. We hope that you have the courage to make decisions which I know are difficult on a personal level, but are clearly aligned with your fiduciary duty to the shareholders. We are depending on you.

We look forward to seeing these changes made and working with you in the future.

Best regards,

John A. Thaler
CIO of JAT Capital Management LP

# EXHIBIT L



NEWS RELEASE

# Beyond, Inc., Formerly Overstock.com. Inc., Announces Leadership Transition

11/6/2023

### Jonathan Johnson Steps Down as Chief Executive Officer

### Dave Nielsen Appointed Interim CEO and President; Adrianne Lee, CFO, Takes on Expanded Responsibilities

MIDVALE, Utah , Nov. 06, 2023 (GLOBE NEWSWIRE) -- Beyond, Inc., (NYSE: BYON), the online home furnishing company formerly known as Overstock.com, Inc. that now operates as Bed Bath & Beyond, today announced that Jonathan Johnson has stepped down as Chief Executive Officer and a member of the Board of Directors, effective immediately. Mr. Johnson's departure follows mutual agreement by the Board and Mr. Johnson to transition the company to new leadership. The Board has initiated a comprehensive internal and external search process to identify a permanent Chief Executive Officer.

While the search proceeds, David Nielsen has been appointed to an expanded role as Interim CEO and President, and will lead the company as it moves into the future operating as the new Bed Bath & Beyond. Additionally, Adrianne Lee, Chief Financial Officer, will expand her responsibilities to oversee legal and human resources functions in addition to the finance organization.

"Following the recent acquisition of the Bed Bath & Beyond brand and our corporate renaming as Beyond, Inc., the Board and Jonathan determined that this is the ideal time for a transition in leadership to guide the company forward," said Allison H. Abraham, Chair of the Board of Directors. "Jonathan has been integral to the company's successful evolution over more than two decades of service. We thank him for his leadership, foresight and immense contributions that helped build the company into the leading online furniture and home furnishings retailer that it is today and is now poised to capture greater opportunities in the future."

"I am incredibly proud of all that we have achieved to transform the company since becoming CEO – evolving to a leading online home retailer with an iconic name and a large, growing consumer base," said Mr. Johnson. "As the company turns the page to become Beyond, now is the right time for me to also turn the page to the next chapter in my career. It has been an honor to work with such an exceptional team. I am confident the company is well-positioned to achieve broader popular reach as a bigger and better Beyond."

Ms. Abraham added, "The Board is confident that Dave is the right person to advance the company's transformation through this interim period. He is currently responsible for key functions across the organization and will continue to lead our ongoing strategic initiatives in addition to new ones. We also look forward to Adrianne taking on greater administrative responsibilities along with her role as Chief Financial Officer. Together, Dave and Adrianne have nearly 15 years of experience at the company and have the full support of the Board. They possess the right expertise and talent to lead the organization and drive improved performance while the Board focuses on identifying the new CEO."

As announced on October 24, 2023, the change in the company's corporate name from Overstock.com, Inc. to Beyond, Inc. is effective today. Along with the corporate name change, the company has transferred its stock listing from the Nasdaq Global Market (NASDAQ) to the New York Stock Exchange (NYSE) and changed its ticker symbol from OSTK to BYON.

About Dave Nielsen

Dave Nielsen has served as Beyond's President since 2019, leading the company's marketing, algorithms, customer, digital, technology, and sourcing and operations organizations. Prior to this role, Nielsen served as Overstock's Chief Sourcing and Operations Officer, responsible in that role for overseeing the sourcing, merchandising, partner and category management, and supply chain teams for the global online home goods leader. Previously, Nielsen had spent six years with Overstock, rising to co-president and leading the company's marketing, merchandising, and supply chain operations. He left Overstock to become CEO at Global Access, a global provider of logistics technology and cross border expertise for brands looking to provide a consistent and trusted shopping experience to both domestic and international customers.

Nielsen also held leadership positions with Payless ShoeSource, Inc., including vice president of merchandise allocation, responsible for the planning and allocation of merchandise across 4,500 stores in the U.S., Canada and Puerto Rico. Additionally, Nielsen served as president and CEO of Old Town Imports, LLC, where he created a development, sourcing and omni-channel product supply chain organization for clients such as Costco, Target and regional restaurant and catering companies.

Nielsen received his bachelor's Degree in Business Management with an emphasis in Marketing from Brigham Young University.

About Adrianne Lee

2

Adrianne Lee is the Chief Financial Officer for Beyond, overseeing all financial-related matters for the technology and e-commerce leader, including financial planning and analysis, accounting and reporting, tax, treasury, internal audit, investor relations, help desk, IT security, and Corp Systems. She has served in financial leadership roles with blue-chip companies including The Hertz Corporation, Best Buy, and PepsiCo.

Prior to joining Overstock, Lee was senior vice president and CFO of Hertz's North American Rental Car unit, leading a team of 50+ finance professionals responsible for a $7 billion business unit spanning the U.S. and Canada. Before joining Hertz, Lee led financial planning and analysis for Best Buy's multi-billion-dollar e-commerce business, as well as senior roles in finance, strategic planning, accounting and financial reporting, investor relations and audit for PepsiCo, Allianz Life and PricewaterhouseCoopers.

Lee attended the University of St. Thomas in St. Paul, Minnesota, and received cum laude honors while earning a Bachelor of Arts degree in business administration with a focus on accounting.

About Beyond

Beyond, Inc. (NYSE:BYON), based in Midvale, Utah, is an ecommerce expert with a singular focus: connecting consumers with products they love. The Company owns the Bed Bath & Beyond brand and associated intellectual property. Bed Bath & Beyond is an online furniture and home furnishings retailer in the United States and Canada. The leading ecommerce website sells a broad range of quality, on-trend home products at competitive prices, including furniture, bedding and bath, patio and outdoor, area rugs, tabletop and cookware, décor, storage and organization, small appliances, home improvement, and more. The online shopping site features millions of products that tens of millions of customers visit each month. Beyond regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website.

Beyond, Bed Bath & Beyond, Welcome Rewards, Overstock and Overstock Government are trademarks of Beyond, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

Cautionary Note Regarding Forward-Looking Statements

This press release may contain forward-looking statements within the meaning of the federal securities laws. Such forward-looking statements include all statements other than statements of historical fact, including forecasts of trends, market conditions, the impact of our national marketing campaign, and other factors that could impact our results of operations. You should not place undue reliance on any forward-looking statements, which speak only as of the date they were made. We undertake no obligation to update any forward-looking statements as a result of any new information, future developments, or otherwise. These forward-looking statements are inherently difficult to predict. Actual results could differ materially for a variety of reasons, including but not limited to, macroeconomic changes, including higher

3

inflation and higher interest rates, and difficulties we may have with our fulfillment partners, supply chain, access to products, shipping costs, competition, attraction/retention of employees, search engine optimization results, and/or payment processors. Other risks and uncertainties include, among others, negative economic consequences of global conflict, problems with our infrastructure, including cyber-attacks or data breaches affecting us, adverse tax, regulatory or legal developments, any restrictions on the use of "cookies" or other tracking technologies, any negative business impacts associated with our evolving business practices including our use of the Bed Bath & Beyond brand and other intellectual property related to the brand, our corporate name change and stock listing transfer, our exit from non-home categories, any negative business impacts associated with leadership transition or shareholder activism, and whether our partnership with Pelion Venture Partners will be able to achieve its objectives. More information about factors that could potentially affect our financial results are included in our Form 10-K for the year ended December 31, 2022, in our Form 10-Q for the quarter ended March 31, 2023, in our Form 10-Q for the quarter ended June 30, 2023, and our Form 10-Q for the quarter ended September 30, 2023, which were filed with the SEC on February 24, 2023, May 2, 2023, July 31, 2023, and October 31, 2023, respectively, and in our subsequent filings with the SEC. The Forms 10-K, 10-Qs, and our subsequent filings with the SEC identify important factors that could cause our actual results to differ materially from those contained in or contemplated by our projections, estimates and other forward-looking statements.

Contacts

Investor Relations:
Lavesh Hemnani
**ir@overstock.com**

Media Relations:
Sarah Factor
**pr@overstock.com**

Source: Beyond, Inc.

# EXHIBIT M

Bed Bath & Beyond's new CEO exited. Now what? | Retail Dive

 RETAIL**DIVE**

# Bed Bath & Beyond's new CEO exited. Now what?

Jonathan Johnson bet it all on the home retailer, rebranding Overstock in the process. Then activists called for his ouster.

Published Nov. 16, 2023


Nate Delesline III
Reporter

*A Bed Bath & Beyond store. E-retailer Overstock bought Bed Bath & Beyond's brand name and other intellectual property and has relaunched the iconic home decor brand as an online-only retailer alongside Overstock. Daphne Howland/Retail Dive*

Months after buying Bed Bath & Beyond's brand out of bankruptcy and weeks after announcing the relaunch of Overstock.com, e-commerce retailer Beyond remains in flux. Overstock brought the brands together this summer with the $21.5 million purchase of Bed Bath & Beyond's brand assets at a bankruptcy auction.

The company made several big moves in quick succession — relaunching Bed Bath & Beyond's e-commerce site, announcing plans to relaunch Overstock, and renaming itself Beyond. Then, most recently, Overstock CEO Jonathan Johnson, who oversaw the acquisition of Bed Bath & Beyond and led the e-retailer since 2019, left the company on Nov. 6. John Thaler, founder of investment firm JAT Capital, had recently called for Johnson's removal, citing poor financial performance.

"JAT Capital does not call for changes at our portfolio companies often, and it is only after careful consideration and in circumstances that are particularly unusual," Thaler wrote in a

letter to the board. "This is one such case." JAT Capital owns a nearly 10% stake in Beyond.

Thaler laid out a handful of concerns. They included the claim that management had lost the confidence of investors, shareholders and vendors, and that the rebranding as Bed Bath & Beyond was a "bet the company" moment that risked burning half of the company's existing cash.

"[Johnson] has performed poorly (as demonstrated by the company's financials relative to its peer group), he has communicated poorly with investors and the sell-side community, and he has recently taken actions that give the appearance that his own interests are being prioritized," Thaler said.

Johnson's exit comes just weeks before the critical holiday shopping season.

"The timing of CEO Jonathan Johnson's departure seems abrupt," Cristina Fernández, managing director and senior research analyst with Telsey Advisory Group, told Retail Dive in an email. "Although it makes sense that Overstock/Beyond Inc. would need a new leader to take the company to the next level, it seems too early for him to depart just a few months after the acquisition. Typically, we see leaders stay through the first year of an integration."

### How Bed Bath & Beyond got here

Just a few years ago, Bed Bath & Beyond had around 1,500 physical locations. It also owned a portfolio of other retail businesses, including BuyBuy Baby. But by this February, the company was in trouble. It sought $1 billion to sustain operations and pay debts. The turnaround efforts failed and Bed Bath & Beyond filed for Chapter 11 bankruptcy on April 23.

Then Overstock stepped in, with an aim of combining the two brands' strengths. At the time, Johnson said Bed Bath & Beyond retained significant consumer cachet despite the bankruptcy. Under his leadership, Overstock moved to relaunch and rebrand itself to Bed Bath & Beyond.

Despite those efforts, the combined company delivered soft financial performance in its first couple of quarters post-acquisition. Beyond's year-over-year Q2 revenue fell 20% to $422 million.

It fell 19% to $373 million in the third quarter. The company in Q3 also reported an operating loss of $41 million, a net loss of $63 million and a gross profit of $70 million, which represents nearly 19% of total revenue.

"Expectations about how quickly Overstock could benefit from the acquisition were perhaps too optimistic, given the lower demand for home furnishings currently and the struggles with the Bed Bath & Beyond brand that led to the company's bankruptcy," Fernández said. "The 3Q23 results accelerated pressure for a change at the top from activist investors."

In an interview with Retail Dive conducted before he stepped down, Johnson acknowledged that both companies had issues.

Johnson said previously that Bed Bath & Beyond had an outdated business model. And under former CEO Mark Tritton, it tried a shift to a private label strategy that failed to resonate with customers. But Overstock also faced financial pressures.

"Frankly, we were facing a going concern opinion from our auditors," Johnson recalled of when he first joined the company.

Additionally, in recent years, Overstock's offering had evolved and no longer matched its name, which confused customers and

vendors.

Beyond, in an announcement, characterized Johnson's exit as a "mutual agreement." But a Nov. 5 filing with the U.S. Securities and Exchange Commission indicates that Johnson left "at the request of the board." Johnson will receive a severance that includes a lump sum payment of about $1.3 million 60 days after separating from the company, documents show.

In Johnson's place, the company said President David Nielsen would take on additional responsibilities as interim CEO. Chief Financial Officer Adrianne Lee also took on expanded responsibilities by overseeing legal and human resources functions. As a result of Johnson's departure, the board will shrink to eight members.

JAT Capital's Thaler already has someone in mind to manage the company, though – Marcus Lemonis, who joined Beyond's board in October. Lemonis is the current CEO of RV and outdoor gear retailer Camping World. Lemonis has indicated his interest in operating Beyond, Thaler said.

Clues in how Lemonis likes to do business can be taken from his eight seasons starring in "The Profit" on CNBC. In the reality show, Lemonis offered a financial investment of his own money in struggling small businesses in exchange for an ownership stake. Lemonis has taken the same tact at Beyond, "having already bought a significant amount of stock personally," Thaler said in his letter.

## 'It can be profitable'

On the same day Johnson left, after 20 years with Overstock, the company officially changed its corporate name to Beyond. It also left the Nasdaq and joined the New York Stock Exchange under the

Case 4:24-cv-00600-DPM   Document 1   Filed 07/18/24   Page 83 of 119

6/9/24, 2:25 PM                    Bed Bath & Beyond's new CEO exited. Now what? | Retail Dive

ticker BYON. But it's keeping the Bed Bath & Beyond name for its consumer-facing e-commerce business.

Before stepping down, Johnson said he didn't want to recreate the company's large footprint of physical stores. But he did say opening Bed Bath & Beyond pop-up shops around back-to-school and back-to-college season was a possibility. He also reiterated the company would use its app to drive promotions, versus the big blue 20% off paper coupons Bed Bath & Beyond used in the past.

According to Fernández, it appears "Overstock's strategy is to offer more coupons initially, while over time weaning back and making the consumer accustomed to its everyday low-price model." The double rebranding and company revamp, Fernández said, "provides Overstock an opportunity to gain new customers."

Michael Pachter, managing director of equity research for Wedbush Securities, echoed that sentiment. "Bed Bath & Beyond had way too many physical stores, had debt to service, and owned its inventory in a declining demand environment," Pachter said in an email. "Overstock has no debt, only one fulfillment center, and very low fixed costs, so it can be profitable at a very low level of sales."

Fernández said bringing both brands under one roof was a smart move. One of Johnson's last announcements as CEO was that Beyond plans to relaunch Overstock as an off-price and closeout-focused e-retailer by the end of next year.

"A key reason for Overstock purchasing the Bed Bath & Beyond name is that many consumers and vendors incorrectly viewed Overstock as a liquidation site whereas Bed Bath & Beyond had a strong association with everyday home sales," Fernández said. "As such, many vendors did not want to sell to Overstock."

Case 4:24-cv-00600-DPM   Document 1   Filed 07/18/24   Page 84 of 119

6/9/24, 2:25 PM                    Bed Bath & Beyond's new CEO exited. Now what? | Retail Dive


"In addition," Fernández continued, "Overstock was known primarily for furniture, while Bed Bath & Beyond was known for bedding, bath and kitchen products. The name change has allowed Overstock to attract new vendors and expand into new categories, and it now has a more complete assortment to offer to consumers."

But now, with Johnson gone and the company under interim leadership, it's unclear if any of his visions for the company will come to fruition under whoever is selected as the new CEO.

Looking ahead, Fernández said Beyond has an opportunity on the table with the holidays.

"The holiday season is an important time of the year for retail and before the recent struggles, Bed Bath & Beyond did a solid business in holiday decor and cooking/entertaining. Overstock's goal should be to gain share in these categories and stay in front of the consumer during a competitive period," Fernández said.

https://www.retaildive.com/news/bed-bath-beyond-ceo-jonathan-johnson-exited-post-bankruptcy-now-what/698824/                    6/6

# EXHIBIT N



NEWS RELEASE

# Allison Abraham and Marcus Lemonis to Serve as Co-Chairs of Beyond, Inc. Board of Directors

11/29/2023

Leadership mandates intense restructure through reducing costs and evaluating lines of business, investments, and capital allocation while driving revenue and increasing active customer base.

MIDVALE, Utah, Nov. 29, 2023 (GLOBE NEWSWIRE) -- Beyond, Inc., (NYSE: BYON) ("Beyond" or the "Company"), the parent company of online furniture and home furnishings retailer Bed Bath & Beyond, formerly known as Overstock, today announced that, effective immediately, Allison H. Abraham and Marcus Lemonis will serve as Co-Chairs of the Company's Board of Directors.

Ms. Abraham said, "Marcus brings a wealth of experience as a public company Chairman and CEO, with powerful operating knowledge in retail, branding, and customer engagement. Both of us, along with rest of the Board and management team, are unified in our overarching goals of driving enhanced value for shareholders."

Mr. Lemonis said, "I am intensely focused on working with the management team to drive financial results, reduce operating costs and review all performing and non-performing assets. While the team has begun taking decisive actions to restructure the Company for a better future, I am eager for what lies ahead in the months to come."

Dave Nielsen, Interim Chief Executive Officer and President, and Adrianne Lee, Chief Financial Officer, said, "The entire management team is acutely focused on delivering improved results and appreciates the Board's full support as we execute our plans."

About Beyond

Beyond, Inc. (NYSE:BYON), based in Midvale, Utah, is an ecommerce expert with a singular focus: connecting consumers with products they love. The Company owns the Bed Bath & Beyond brand and associated intellectual

1

property. Bed Bath & Beyond is an online furniture and home furnishings retailer in the United States and Canada. The leading ecommerce website sells a broad range of quality, on-trend home products at competitive prices, including furniture, bedding and bath, patio and outdoor, area rugs, tabletop and cookware, décor, storage and organization, small appliances, home improvement, and more. The online shopping site features millions of products that tens of millions of customers visit each month. Beyond regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website.

Beyond, Bed Bath & Beyond, Welcome Rewards, Overstock and Overstock Government are trademarks of Beyond, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

Cautionary Note Regarding Forward-Looking Statements
This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements include all statements other than statements of historical fact, including but not limited to statements regarding future actions and business performance. Additional information regarding factors that could materially affect results and the accuracy of the forward-looking statements contained herein may be found in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 24, 2023, Form 10-Q for the quarter ended March 31, 2023, filed with the SEC on May 2, 2023, Form 10-Q for the quarter ended June 30, 2023, filed with the SEC on July 31, 2023, Form 10-Q for the quarter ended September 30, 2023, filed with the SEC on October 31, 2023, and in our subsequent filings with the SEC.

Contacts
Investor Relations:
Lavesh Hemnani
**ir@beyond.com**

Media Relations:
Sarah Factor
**pr@beyond.com**

Source: Beyond, Inc.

# EXHIBIT O



NEWS RELEASE

# Allison Abraham Retires as Co-Chair and Member of the Beyond, Inc. Board of Directors

12/11/2023

Marcus Lemonis will serve as the Chairman of the Board

MIDVALE, Utah, Dec. 11, 2023 (GLOBE NEWSWIRE) -- Beyond, Inc., (NYSE: BYON) ("Beyond" or the "Company"), the parent company of online furniture and home furnishings retailer Bed Bath & Beyond, formerly known as Overstock, today announced that, on December 10, 2023, Allison H. Abraham notified the Board of Directors of Beyond ("the Board") of her decision to retire. As part of that transition, Ms. Abraham resigned as a Director of the Company, effective immediately. Marcus Lemonis will transition to the role of Chairman of the Company's Board of Directors.

Ms. Abraham said, "I thank the Board, management, and rest of the Beyond family for their support over the years. It has been an honor to work for the Company and represent our shareholders for more than two decades. Marcus has been an exceptional addition to the Board since joining in October and I believe the Company and the Board will benefit from his leadership during this next phase of growth."

Mr. Lemonis, Chairman of Beyond, said, "On behalf of the Board, I would like to thank Ms. Abraham for her years of invaluable service to the Company. She has successfully guided the Company through multiple business transitions, including the recently completed brand acquisition of Bed Bath & Beyond. During her tenure, the Company has evolved into a leading furniture and home furnishings ecommerce retailer with a solid path to growth. The Board and I remain committed to working with the management team to execute on our long-term strategy to enhance value for our shareholders."

Ms. Abraham's resignation was for personal reasons and not the result of any dispute or disagreement with the Company or the Company's Board of Directors on any matter relating to the operations, policies, or practices of the Company. The Company intends to fill Ms. Abraham's vacant Board seat in the near term when a suitable candidate is found.

1

About Beyond

Beyond, Inc. (NYSE:BYON), based in Midvale, Utah, is an ecommerce expert with a singular focus: connecting consumers with products they love. The Company owns the Bed Bath & Beyond brand and associated intellectual property. Bed Bath & Beyond is an online furniture and home furnishings retailer in the United States and Canada. The leading ecommerce website sells a broad range of quality, on-trend home products at competitive prices, including furniture, bedding and bath, patio and outdoor, area rugs, tabletop and cookware, décor, storage and organization, small appliances, home improvement, and more. The online shopping site features millions of products that tens of millions of customers visit each month. Beyond regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website.

Beyond, Bed Bath & Beyond, Welcome Rewards, Overstock and Overstock Government are trademarks of Beyond, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

Cautionary Note Regarding Forward-Looking Statements

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements include all statements other than statements of historical fact, including but not limited to regarding the timing for identifying a new member to serve on the Company's Board of Directors. Additional information regarding factors that could materially affect results and the accuracy of the forward-looking statements contained herein may be found in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 24, 2023, Form 10-Q for the quarter ended March 31, 2023, filed with the SEC on May 2, 2023, Form 10-Q for the quarter ended June 30, 2023, filed with the SEC on July 31, 2023, Form 10-Q for the quarter ended September 30, 2023, filed with the SEC on October 31, 2023, and in our subsequent filings with the SEC.

Contacts

Investor Relations:

Lavesh Hemnani

**ir@beyond.com**

Media Relations:

Sarah Factor

**pr@beyond.com**

Source: Beyond, Inc.

# EXHIBIT P



# Beyond, Inc. Announces Key Leadership Changes

2/20/2024

Executive Team Restructured to Position Bed Bath & Beyond, Overstock Businesses for Growth

MIDVALE, Utah, Feb. 20, 2024 (GLOBE NEWSWIRE) -- Beyond, Inc. (NYSE: BYON), owner of Bed Bath & Beyond, Overstock, and other online retail brands designed to unlock your home's potential, today announced significant changes to its executive team. The Executive Chairman and Board of Directors approved the following changes, effective today:

- Chandra Holt is joining the company as Chief Executive Officer, Bed Bath & Beyond
- Dave Nielsen has been appointed to Chief Executive Officer, Overstock
- Adrianne Lee, Chief Financial Officer, has taken on an expanded role as Chief Financial & Administrative Officer

As the company – which rebranded from Overstock.com to Beyond in November – continues to evolve, these executive changes were designed to position both the Bed Bath & Beyond and Overstock brands for growth and success into the future.

"Beyond is in the midst of a great transformation that required changes to the executive team structure in support of our strategic objectives to drive shareholder value" said Marcus Lemonis, Executive Chairman of the Beyond, Inc. Board of Directors. "Chandra's retail and leadership expertise and proven e-commerce track record makes her an invaluable addition to our team to drive Bed Bath & Beyond forward. With Dave's extensive experience in furniture and home furnishings e-commerce and retail liquidation I am confident he will quickly reignite the valuable Overstock brand. I'm excited to see the collective impact Chandra, Dave, and Adrianne's leadership will have on our business."

A veteran merchandiser with expertise in ecommerce, Holt held various leadership roles at Walmart and Target before joining Conn's HomePlus, a specialty retailer with more than 180 retail locations across 15 states, in 2021 as President and Chief Executive Officer. Her full bio is available **here**.

Nielsen joined the company as Overstock in 2009 and has held several executive positions since that time and as

President from 2019 – present leading the company's marketing, merchandising, supply chain, technology and digital product organizations. Most recently, he served as Interim-CEO and President, overseeing company operations for Beyond, Inc. and Bed Bath & Beyond. His full bio is available **here**.

Lee has been Chief Financial Officer since 2020 and oversees all financial-related matters for the company, in addition to the legal, communications, investor relations, IT security functions, among others. She played an integral role in Overstock's acquisition of the Bed Bath & Beyond brand in 2023. Her full bio is available **here**.

About Beyond
Beyond, Inc. (NYSE:BYON), based in Midvale, Utah, is an ecommerce expert with a singular focus: connecting consumers with products they love. The Company owns the Bed Bath & Beyond brand and associated intellectual property. Bed Bath & Beyond is an online furniture and home furnishings retailer in the United States and Canada. The leading ecommerce website sells a broad range of quality, on-trend home products at competitive prices, including furniture, bedding and bath, patio and outdoor, area rugs, tabletop and cookware, décor, storage and organization, small appliances, home improvement, and more. The online shopping site features millions of products that tens of millions of customers visit each month. Beyond regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website.
Beyond, Bed Bath & Beyond, Welcome Rewards, Overstock and Overstock Government are trademarks of Beyond, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

Cautionary Note Regarding Forward-Looking Statements
This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements include all statements other than statements of historical fact, including but not limited to statements regarding our future performance. Additional information regarding factors that could materially affect results and the accuracy of the forward-looking statements contained herein may be found in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 24, 2023, Form 10-Q for the quarter ended March 31, 2023, filed with the SEC on May 2, 2023, Form 10-Q for the quarter ended June 30, 2023, filed with the SEC on July 31, 2023, Form 10-Q for the quarter ended September 30, 2023, filed with the SEC on October 31, 2023, and in our subsequent filings with the SEC.

Beyond, Inc. Media Relations:
Sarah Factor
**pr@beyond.com**

Source: Beyond, Inc.

# EXHIBIT Q



yahoo!finance     Search for news, symbols or companies          News    **Finance**    Sports    More ⌄  ⌂   🖾      B

My Portfolio     News     Markets     Sectors     Screeners     Personal Finance     Videos

🔵 RETAIL **DIVE**

# Shutting down Overstock was 'a fatal mistake': Beyond executive chairman



Retail Dive · Industry Dive

**Nate Delesline III**
Thu, Feb 22, 2024 • 4 min read                                                ⬆️   💬

In This Article:

  BYON   +2.70%

## Dive Brief:

- Newly appointed CEO of Overstock Dave Nielsen said during a Wednesday earnings call the brand plans to relaunch its online store in about five weeks in collaboration with Shopify. That's ahead of a previously announced September relaunch timeline.

- Parent company Beyond Inc., whose portfolio includes Bed Bath & Beyond, reported Q4 revenue of $380.4 million, down 5% from $404.8 million a year ago. The retailer posted a gross profit of $60 million but a net loss of $161 million, compared to a loss of $15.5 million in the year-ago quarter, and an operating loss of $65 million, compared to a loss of $2.6 million year over year.

- Beyond's full-year net revenue fell 19% year over year to $1.6 billion from nearly $2 billion. Gross profit was $314 million – 20% of revenue – with a net loss of $307.8 million, compared to a $35.2 million loss year over year, and an operating loss of $118 million compared to an operating income of $27 million.

**Dive Insight:**

Home and furniture have remained among the challenging segments of retail in recent months as consumers continue to feel economic and inflationary pressures, shifting their spending away from discretionary purchases.



Discover FELC                                                                    SPONSORED *Fidelity*                        ×

Seek to outperform the index

Fidelity Enhanced Large Cap Core ETF is run by an expert team to pursue upside and adapt to market conditions.

Learn more

Beyond Inc. has an opportunity to grow revenue, get more return on its marketing spend and cut costs by distilling its customer database, which has 150 million records, according to Marcus Lemonis, executive chairman of the board.

Looking back, shutting down Overstock.com "was a fatal mistake," Lemonis said during the call. While that move enabled Bed Bath & Beyond to win on selling big ticket items with a high average order value, that came at Overstock's expense. Beyond now plans to reopen Overstock's online store before the end of the first quarter.

"Turning Overstock.com back on will not only allow Bed Bath & Beyond to expand its existing assortment and hone in on its historical legacy success, but it allows Overstock to do the same," Lemonis said.

Wedbush analysts Michael Pachter and Alicia Reese said in a Wednesday note that Q4's results show that Beyond's "brand implementation is still in the early days but there is much to look forward to with ambitious revenue targets, asset sales and tight expense management."

While Beyond posted soft financial performance for the last quarter and the year, the retailer did see growth in its active customer file. The number of active customers rose to about 5.6 million for Q4, up 9% from 5.2 million a year ago. Beyond defines active customers as those who made at least one purchase during the last 12 months.

The company's long-term performance improvement goals also include reaching 10 million active customers, a $250 average order value who buy from the company at least twice a year. The company also wants to reach $2 billion in revenue this year, a $3 billion run rate by the end of 2025. Beyond previously committed to cutting $25 million in costs and said this week it's raising that goal to $45 million. Beyond posted a negative adjusted EBITDA of $61 million for the year. But "with $3 billion in revenue in 2026 and at 5% margin, Beyond could reach EBITDA of $150 million by 2026," Wedbush's analysts said.

Wednesday marked the first time Beyond's new leadership team – comprised of Lemonis, Nielsen, and Chandra Holt, CEO of Bed Bath & Beyond – led an earnings call together. CFO Adrianne Lee also expanded her responsibilities and is now simultaneously serving as chief administrative officer. The company announced the leadership changes on Tuesday.

Nielsen said the company also plans to launch new home-centric websites and services this year. Those moves are part of a larger strategy to drive up customer acquisition and retention. In particular, the relaunch of Overstock is significant because it

will enable the company to achieve a higher average unit retail, improve overall margins and meet customers where they're shopping with items they want.

Bed Bath & Beyond also reintroduced its gift registry last month. The retailer said it's partnering with MyRegistry.com to offer a digitally-driven registry experience.

This story was originally published on Retail Dive. To receive daily news and insights, subscribe to our free daily Retail Dive newsletter.

View Comments

Terms/Privacy Policy    Privacy Dashboard    About Our Ads

Advertisement

# EXHIBIT R



NEWS RELEASE

# Overstock.com is Back

3/28/2024

'Crazy Good Deals' across both legacy and new categories set the stage for growth

MIDVALE, Utah--(BUSINESS WIRE)-- **Beyond, Inc.** (NYSE: BYON), owner of online retail giants Bed Bath & Beyond and Zulily, today announced the relaunch of iconic brand, **Overstock.com**, with deals and discounts on products across multiple categories.

The Overstock platform introduces several enhancements designed to provide and improve both experience and sales conversion. With an expanded product selection, the new mandate for Overstock.com is the "crazy good deals" – up to 30-70% off.

"Today is a pivotal day for Overstock, as we relaunch this brand by taking it back to its roots with the categories we know drive growth," said Dave Nielsen, CEO of Overstock. "Chandra and I together with our entire organization spent several weeks preparing to launch phase one of Overstock with an assortment that complements our Bed Bath business. Over the next several months we will be rolling out additional categories and vendors in addition to the core focus of furniture, patio, rugs and jewelry."

"The relaunch of Overstock.com comes at a time of significant growth and innovation for the company, as it continues to expand its product offerings, invest in technology, and put our customers and vendors as our priority," said Marcus Lemonis, Executive Chairman of Beyond, Inc. "We believe that the return of legacy categories and the establishment of new ones will assist in the mandate to grow the active customer file and increase market share overall for Beyond."

To explore the new Overstock.com and discover crazy-good deals, visit **www.overstock.com**. Find trending deals on X, search for #OverstockCrazyGoodDeals.

## About Beyond

Beyond, Inc. (NYSE:BYON), based in Midvale, Utah, is an ecommerce expert with a singular focus: connecting consumers with products and services that unlock their homes' potential. The Company owns Overstock, Bed Bath & Beyond, Baby & Beyond, Zulily, and other related brands and associated intellectual property. Its suite of online shopping brands features millions of products for various life stages that millions of customers visit each month. Beyond regularly posts information about the Company and other related matters on the Newsroom and Investor Relations pages on its website, Beyond.com.

Beyond, Bed Bath & Beyond, Welcome Rewards, Zulily, Overstock and Overstock Government are trademarks of Beyond, Inc. Other service marks, trademarks and trade names which may be referred to herein are the property of their respective owners.

Cautionary Note Regarding Forward-Looking Statements

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Such forward-looking statements include all statements other than statements of historical fact, including but not limited to statements regarding website performance, product offerings, and customer experience. Additional information regarding factors that could materially affect results and the accuracy of the forward-looking statements contained herein may be found in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2023, filed with the SEC on February 23, 2024, and in our subsequent filings with the SEC.

Beyond, Inc. Communications:

Sarah Factor

**pr@beyond.com**

Source: Beyond, Inc.

# EXHIBIT S



# Beyond

## Q1 2024
## Earnings Call

May 7, 2024



# Forward-Looking Statements

The information presented herein may contain forward-looking statements within the meaning of the federal securities laws. Such forward-looking statements include all statements other than statements of historical fact, including forecasts of trends, market conditions, the impact of our national marketing campaign, and other factors that will impact our results of operations. You should not place undue reliance on any forward-looking statements, which speak only as of the date they were made. We undertake no obligation to update any forward-looking statements as a result of any new information, future developments, or otherwise. Forward-looking statements are inherently difficult to predict. Accordingly, actual results could differ materially for a variety of reasons, including but not limited to, difficulties we may have with our fulfillment partners, supply chain, access to products, shipping costs, insurance, competition, macroeconomic changes, attraction/retention of employees, search engine optimization results, and/or payment processors. Other risks and uncertainties include, among others, impacts from changing our company name or our use of the Overstock, Bed Bath & Beyond or Zulily brands, our ability to generate positive cash flow, impacts from our evolving business practices and expanded product and service offerings, any problems with our infrastructure, including cyber-attacks or data breaches affecting us, adverse tax, regulatory or legal developments, any restrictions on the use of "cookies" or other tracking technologies, any failure to effectively utilize technological advancements or protect our intellectual property, negative consequences of global conflict, and whether our partnership with Pelion Venture Partners will be able to achieve its objectives. More information about factors that could potentially affect our financial results are included in our Form 10-K for the year ended December 31, 2023, which was filed with the SEC on February 23, 2024, and in our subsequent filings with the SEC. The Form 10-K and our subsequent filings with the SEC identify important factors that could cause our actual results to differ materially from those contained in or contemplated by our projections, estimates, and other forward-looking statements.





# Revenue and Stock Price – 10 Year Lookback



Beyond Annual Revenue and Stock Price ($B)

Beyond Revenue ($B)

BYON Share Price ($)
(Average Daily Open)

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue ($B) | 1.5 | 1.7 | 1.8 | 1.7 | 1.8 | 1.4 | 2.5 | 2.8 | 1.9 | 1.6 |
| Share Price | 20 | 20 | 15 | 25 | 38 | 14 | 41 | 79 | 33 | 22 |
| Revenue YoY (%) | 15% | 11% | 8% | -3% | 4% | -20% | 74% | 11% | -30% | -19% |



4

# 2024 Issues Identified and Actions Taken

**Issues Identified**

Overstock website was shut down  ⟶  **Actions Taken**

| Issues Identified | Actions Taken |
|---|---|
| Overstock website was shut down | Relaunched Overstock website |
| Unclear brand positioning | Defined positioning for each brand |
| Key management holes | Hired several key roles |
| Messy database | Engaged 3rd party for data cleanse |
| No CRM capabilities | Engaged 3rd party for CDP, establishing CRM functionalities |

 **Beyond**

5



# Q1 2024 Financial Results

| Revenue | Gross Margin | G&A and Tech % of Revenue |
|---|---|---|
| **$382.3 Million** | **19.5%** | **13.1%** |
| +0.3% vs. Q1'23 | -720 bps vs. Q1'23 | -30 bps vs. Q1'23 |

| Adjusted EBITDA Margin[1] | Diluted EPS | Ending Cash |
|---|---|---|
| | **-$1.62** | |
| **-12.5%** | Adjusted Diluted EPS[2] | **$256.3 Million** |
| -1,340 bps vs. Q1'23 | **-$1.22** | -15% / -$46.3M vs. Q4'23 |
| | -$1.12 vs. Q1'23 | $222.1 Million Net Cash Position[3] |

 **Beyond**

Note: All figures represent results from continuing operations.
1 Adjusted EBITDA Margin is a non-GAAP financial measure. See reconciliation in appendix.
2 Adjusted Diluted EPS is a non-GAAP financial measure. Includes adjustment related to estimated tax impact from equity method activity. See reconciliation in appendix.
3 Cash less long-term debt.

7

# Revenue



**Revenue ($M)**

- Q1 '19: $363
- Q1 '20: $340
- Q1 '21: $660
- Q1 '22: $536
- Q1 '23: $381
- Q2 '23: $422
- Q3 '23: $373
- Q4 '23: $384
- Q1 '24: $382

+0.3%

Note: All figures represent results from continuing operations.

**Beyond**

## Q1'24 Dynamics

- Revenue of $382.3M
  - +0.3% / +$1M vs. Q1'23

- Revenue influenced by:
  - Active customers +26% vs. Q1'23
  - Order delivered +27% vs. Q1'23
  - AOV -21% vs. Q1'23

8

# Gross Margin



**Gross Margin ($M)**

**Gross Margin (%)**

## Q1'24 Dynamics

- Gross margin of 19.5%
  - -720 bps vs. Q1'23

- Gross margin influenced by:
  - Higher discounting
  - Higher outbound shipping costs

Note: All figures represent results from continuing operations. All figures reflect the change in presentation in the income statement for merchant fees and customer service costs in a separate line in operating expenses labeled, "Customer service and merchant fees", whereas previously, these expenses were included in Cost of goods sold which impacted gross margin.

9

# G&A and Tech Expense



G&A and Tech Expense ($M)

G&A and Tech Exp. as % of Revenue

## Q1'24 Dynamics

- G&A and Tech Expense of $50.0M
  - -2% vs. Q1'23

- G&A and Tech Expense % of revenue of 13.1%
  - -30 bps vs. Q1'23

Note: All figures represent results from continuing operations.
1 In Q1'20 we recorded $2.5M in special items that benefitted G&A expense. Reported G&A and tech expense in Q1'20 was $51.2M, or 15.1% of revenue.

10

# Adjusted EBITDA



**Q1'24 Dynamics**

- Adj. EBITDA of -$47.8M
  - -$51.3M vs. Q1'23

- Adj. EBITDA margin of -12.5%
  - -1,340 bps vs. Q1'23



Note: All figures represent results from continuing operations
Adjusted EBITDA and Adjusted EBITDA margin are non-GAAP financial measures. See reconciliation in appendix.

11

# Active Customers and Order Frequency



**Active Customers (LTM) (M)**

**Order per Active Customer (LTM)**

Q1 '19: 6.2 / 1.75
Q1 '20: 5.2 / 1.70
Q1 '21: 9.9 / 1.66
Q1 '22: 7.4 / 1.67
Q1 '23: 4.8 / 1.57
Q2 '23: 4.6 / 1.56
Q3 '23: 4.9 / 1.48
Q4 '23: 5.6 / 1.41
Q1 '24: 6.0 / 1.41

## Q1'24 Dynamics

- Active customers (LTM) of 6.0M
  - +26% / +1.2M vs. Q1'23

- Order frequency of 1.41
  - -10% vs. Q1'23

**Beyond**

Note: Orders per active customer represents the number of orders delivered over a twelve-month period divided by the number of active customers for that same period.

# Orders and Average Order Value



**Orders Delivered (M)**

**Average Order Value ($)**

### Q1'24 Dynamics

- Orders delivered of 2.2M
  - +27% / + 0.5M vs. Q1'23

- Average order value of $173
  - -21% vs. Q1'23



Note: Orders delivered represents the total number of orders delivered on a quarterly basis.
Note: Average order value represents net revenue divided by orders delivered, measured on a quarterly basis.

13

# LTM Orders and Average Order Value



**Orders Delivered (LTM) (M)**

**Average Order Value ($)**

## Q1'24 Dynamics

- Orders delivered (LTM) of 8.5M
  - +13% / +1.0M vs. Q1'23

- Average order value of $173
  - -21% vs. Q1'23



Note: LTM orders delivered represents the total number of orders delivered during the prior twelve-month period.
Note: Average order value represents net revenue divided by orders delivered, measured on a quarterly basis.

14



# Adjusted EBITDA Reconciliation

|  | | | | | Three months ended | | | | |
|---|---|---|---|---|---|---|---|---|---|
| in thousands, except per share data | Mar-2019 | Mar-2020 | Mar-2021 | Mar-2022 | Mar-2023 | Jun-2023 | Sep-2023 | Dec-2023 | Mar-2024 |
| Net income (loss) | $ (19,490) $ | (13,766) $ | 26,018 $ | 10,123 $ | (10,307) $ | (73,493) $ | (63,049) $ | (160,993) $ | (73,928) |
| Depreciation and amortization | 5,266 | 5,569 | 5,146 | 4,307 | 5,985 | 4,516 | 4,320 | 4,626 | 3,960 |
| Stock-based compensation | 3,868 | 2,681 | 2,305 | 4,639 | 5,795 | 6,270 | 5,798 | 5,155 | 4,776 |
| Interest (income) expense, net | (240) | 11 | 155 | 125 | (2,559) | (3,059) | (3,201) | (3,188) | (2,717) |
| Other expense, net | 105 | 287 | 226 | 114 | 7,389 | 80,673 | 38,731 | 33,231 | 18,791 |
| Provision (benefit) for income taxes | 864 | 163 | 193 | 2,092 | (2,887) | (8,370) | (13,411) | 66,388 | 329 |
| Special items (see table below) | 1,757 | (1,486) | (187) | 53 | — | 1,697 | 6,881 | 5,769 | 946 |
| Adjusted EBITDA | $ (7,870) $ | (6,541) $ | 33,856 $ | 21,453 $ | 3,416 $ | 8,234 $ | (23,931) $ | (49,012) $ | (47,843) |
| Special items: | | | | | | | | | |
| Brand integration and related costs | $ — $ | — $ | — $ | — $ | — $ | 1,086 $ | 5,248 $ | 786 $ | 11 |
| Special legal charges and other | — | (2,501) | (187) | 53 | — | — | — | — | — |
| Restructuring costs | 1,757 | 1,015 | — | — | — | 611 | 1,633 | 4,983 $ | 935 |
| Total Special items | $ 1,757 $ | (1,486) $ | (187) $ | 53 $ | — $ | 1,697 $ | 6,881 $ | 5,769 $ | 946 |



Note: All figures represent results from continuing operations. Adjusted EBITDA is a non-GAAP financial measure used in conjunction with results presented in accordance with GAAP and should not be relied upon to the exclusion of GAAP financial measures. Review our financial statements and publicly filed reports in their entirety and do not rely on any single financial measure.

16

# Adjusted Diluted EPS Reconciliation

| in thousands, except per share data | Three months ended March 31, 2024 | | |
| --- | --- | --- | --- |
| | Diluted EPS | Less: equity method income/(loss)[1] | Adjusted Diluted EPS |
| **Numerator:** | | | |
| Net loss attributable to common stockholders | $ (73,928) | $ (18,452) | $ (55,476) |
| **Denominator:** | | | |
| Weighted average shares of common stock outstanding-diluted | 45,587 | 45,587 | 45,587 |
| **Net loss per share of common stock:** | | | |
| Diluted | $ (1.62) | $ (0.40) | $ (1.22) |

 Beyond

1 Inclusive of estimated tax impact.

17

