IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GOOD STORES ARKANSAS, LLC;
GOOD STORES ALABAMA, LLC;
GOOD STORES COLORADO, LLC;
GOOD STORES FLORIDA, LLC; GOOD
STORES GEORGIA, LLC; GOOD
STORES INDIANA, LLC; GOOD
STORES KANSAS, LLC; GOOD
STORES KENTUCKY, LLC; GOOD
STORES LOUISIANA, LLC; GOOD
STORES MISSISSIPPI, LLC; GOOD
STORES MISSOURI, LLC; GOOD
STORES NORTH CAROLINA, LLC;
GOOD STORES OHIO, LLC; GOOD
STORES OKLAHOMA, LLC; GOOD
STORES TENNESSEE, LLC;
OVERSTOCK FURNITURE &
MATTRESS SC, LLC; GOOD STORES
ENTERPRISES, LLC; GOOD
OPERATIONS ENTERPRISES, LLC; and
FEBRUARY FURNITURE, LLC                                    PLAINTIFFS

v.                          No. 4:24-cv-600-DPM

BEYOND, INC.                                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 18 February 2025 to enforce the parties' settlement agreement.

-2-

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 December 2024